FILED IN CHAMBERS
U.S.D.C.   Atlanta

JAN 2 0 2011

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| BROWN, et al. ) | |
| ) | |
| Plaintiffs, ) | CIVIL ACTION |
| ) | Case No. 1:07-CV-00741 |
| v. ) | (RWS) |
| ) | |
| MOE'S SOUTHWEST GRILL, LLC, et al., ) | |
| ) | |
| Defendants. ) | |

## [PROPOSED] CONSENT ORDER REGARDING MODIFICATION TO SCOPE OF SUBPOENAS AND ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL DISCOVERY FROM CERTAIN NON-PARTY SUPPLIERS RELATING TO POST-SALE DOCUMENTS

### I.    Consent Order

In light of the Parties' agreement regarding revisions to the categories of documents sought in the subpoenas served by Plaintiffs upon certain non-party suppliers in the above-referenced matter, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

(1)    Category 1 of Exhibit A to the subpoenas shall be limited to contracts relating to the supply of products to the Moe's Southwest Grill franchise system;

(2)    Category 2 of Exhibit A to the subpoenas refers to Category 1, as revised by this Consent Order;

(3)     Category 3 of Exhibit A is deleted;

(4)     Category 4 of Exhibit A to the subpoenas shall be limited to correspondence and communications relating to the supply of products to the Moe's Southwest Grill franchise system;

(5)     Category 5 of Exhibit A to the subpoenas shall be limited to documents relating to the supply of products to the Moe's Southwest Grill franchise system;

(6)     Category 6 of Exhibit A to the subpoenas shall be limited to price lists, term sheets, pricing guides, or other documents evidencing, referring to or reflecting the prices and discounts available on products supplied by You to the Moe's Southwest Grill franchise system;

(7)     Category 7 of Exhibit A to the subpoenas shall be limited to documents relating to Your products that were ultimately distributed to the Moe's Southwest Grill franchise system, including any company-owned Moe's locations or franchised Moe's locations;

(8)     Category 8 of the Exhibit A to the subpoenas remains as stated;

(9)     Category 9 of Exhibit A to the subpoenas shall be limited to documents reflecting the entities or persons who have copies of the Standards and Specifications;

(10)   Category 10 of Exhibit A to the subpoenas shall be deleted;

(11)   Category 11 of Exhibit A to the subpoenas shall be limited to documents reflecting the identity of individuals responsible for creating and/or maintaining the Standards and Specifications for products You supplied to the Moe's Southwest Grill franchise system;

(12)   Category 12 of Exhibit A to the subpoenas shall be limited to Standards and Specifications for Your products that were supplied to the Moe's Southwest Grill franchise system;

(13)   Category 13 of Exhibit A to the subpoenas shall be limited to documents relating to Your products that were supplied to the Moe's Southwest Grill franchise system;

(14)   No non-party supplier shall be required to produce copies of any documents it previously produced in response to a prior subpoena in this matter, including in response to subpoenas that were issued in November or December 2007;

(15)   Any non-party supplier producing documents in response to a subpoena in this case may designate such documents for protection in accordance with the Amended Consent Confidentiality and Protective Order, dated September 16, 2010 [DE 138], a copy of which is attached hereto as Exhibit A.

## II.   Order Granting Plaintiffs' Motion To Compel

Upon consideration of Plaintiffs' Motion to Compel [DE 126], Defendants' opposition thereto, and Plaintiffs' reply in further support thereof, the Court hereby ORDERS as follows:

1.   Plaintiffs' Motion to Compel, as clarified to be limited to the issue of production of documents created after the date the Moe's Southwest Grill franchise system was sold, is GRANTED;

2.   Production, by Non-parties Filet of Chicken, Dairy Farmers of America, Inc., and Tyson Foods, Inc., of documents sought in the Subpoenas, as modified by the above Consent Order, shall include documents created after the date the Moe's Southwest Grill franchise system was sold to Focus Brands.

SO ORDERED, this 20th day of January, 2011

Richard W. Story
United States District Judge

4

## CONSENTED TO (AS TO PART I):

/s/ Robert E. Casey, Jr.
Robert E. Casey, Jr.
Christopher Huffines
Casey Gilson P.C.
Six Concourse Parkway,
Suite 2200
Atlanta, Georgia 30328
(770) 512-0300 phone

Robert Zarco
Robert M. Einhorn
Zarco Einhorn Salkowski
& Brito P.A.
Bank of America Tower
at International Plaza
100 Southeast 2nd Street,
27th Floor
Miami, Florida 33131

*Counsel for Plaintiffs*

/s/ Ann M. Byrd
Ann M. Byrd
DLA Piper LLP (US)
One Atlantic Center
1201 West Peachtree Street,
Suite 2800
Atlanta, Georgia 30309-3450
(404) 736-7806 phone

John F. Dienelt
Scott McIntosh
DLA Piper LLP (US)
500 Eighth Street, NW
Washington, DC 20004
(202) 799-4000 phone

*Counsel for Defendants*

5