# 1

Part 2 of 3



DLA Piper LLP (US)
1201 West Peachtree Street
Suite 2800
Atlanta, GA 30309-3450
T 404-736-7800
F 404-682-7800
W www.dlapiper.com

PRIVILEGED AND CONFIDENTIAL

MOE'S SOUTHWEST GRILL, L.L.C.                     May 15, 2009
Raving Brands
1801 Peachtree St., N.E.                              R. Greenstein
Suite 160                                 Matter # 312884-000013
Atlanta, GA 30309                             Invoice # 2311763

*For Professional Services Through May 15, 2009:*

*Client:*   ***MOE'S SOUTHWEST GRILL, L.L.C.***
*Matter:*   ***Massey Litigation***

| | | |
|---|---|---|
| Fees | $ | 17,661.50 |
| Less 15% Discount | $ | (2,649.23) |
| Current Fees | $ | 15,012.27 |
| Current Disbursements | $ | 65.29 |
| Total This Invoice | $ | 15,077.56 |

Please send remittance to:      DLA Piper LLP (US)
                                 P. O. Box 64029
                                 Baltimore, MD 21264-4029

Or wire remittance to:           M&T Bank                                    *To ensure proper credit, please indicate the*
                                 25 South Charles Street, 18th Floor         *invoice number you are paying on the wire*
                                 Baltimore, MD 21201
                                 Account Name: DLA Piper LLP (US) Operating Account
                                 Account #: 074-8148-5
                                 ABA Transit #: 022000046
                                 Swift Code: MANTUS33INT
Law Firm Tax Identification Number:   52-0616490



Fees:

| Date | Description | Timekeeper | Hours | Amount |
|------|-------------|------------|-------|--------|
| 05/01/09 | Discovery planning | Dienelt, John F. | 0.50 | 287.50 |
| 05/05/09 | Discovery and counterclaim planning; review insurance agreement | Dienelt. John F. | 1.30 | 747.50 |
| 05/05/09 | Review insurance policies; conference with G. McGoldrich regarding insurance policies; send email to G. McGoldrich to confirm status of insurance policies. | McIntosh, Scott | 1.30 | 617.50 |
| 05/06/09 | Discovery and counterclaim planning; emails regarding same | Dienelt, John F. | 1.50 | 862.50 |
| 05/07/09 | Review insurance agreement; emails regarding coverage issues | Dienelt, John F. | 0.50 | 287.50 |
| 05/08/09 | Review amended complaint; consider responses; emails regarding same, insurance coverage issues | Dienelt, John F. | 1.30 | 747.50 |
| 05/08/09 | Review Amended Complaint. | McIntosh, Scott | 0.30 | 142.50 |
| 05/10/09 | Analyze amended complaint; emails regarding same | Dienelt, John F. | 1.00 | 575.00 |
| 05/11/09 | Review amended complaint; draft summary of changes in parties' claims and allegations. | McIntosh, Scott | 2.20 | 1,045.00 |
| 05/11/09 | Receive and review amended complaint; analyze differences in parties; communicate with J. Dienelt and S. McIntosh regarding amended complaint and related deadlines. | Byrd, Ann M. | 1.20 | 474.00 |
| 05/12/09 | Analyze amended complaint; emails regarding same; planning | Dienelt, John F. | 2.50 | 1,437.50 |
| 05/13/09 | Planning response to amend complaint, discovery; emails regarding same; conference with S. McIntosh | Dienelt, John F. | 1.50 | 862.50 |
| 05/13/09 | Draft memorandum regarding issues presented by Amended Complaint and strategy for response. | McIntosh, Scott | 6.90 | 3,277.50 |
| 05/14/09 | Review strategy memo; prepare for conference with opposing counsel; emails regarding same; conferences with S. McIntosh | Dienelt, John F. | 2.50 | 1,437.50 |



| Date | Description | Timekeeper | Hours | Amount |
|------|-------------|------------|-------|--------|
| 05/14/09 | Research regarding various state deceptive trade practice statutes; draft memorandum regarding strategy for responding to Amended Complaint. | McIntosh, Scott | 5.60 | 2,660.00 |
| 05/15/09 | Conference call with B. Casey, R. Einhorn, C. Huffines, G. Shingler, S. McIntosh; prepare for conference call; planning; emails regarding same; conference with S. McIntosh | Dienelt, John F. | 3.00 | 1,725.00 |
| 05/15/09 | Review Amended Complaint and memorandum in preparation for call with Plaintiffs' counsel; participate in call with Plaintiffs' counsel regarding issues in Amended Complaint, discovery, and scheduling | McIntosh, Scott | 1.00 | 475.00 |

| | | | | |
|--|--|--|--|--|
| | **Total Fees** | | **34.10** | **$17,661.50** |
| | **Less 15% Discount** | | | **(2,649.23)** |
| | **Total Fees this Invoice** | | | **$15,012.27** |

## Timekeeper Summary

| Timekeeper | Title | Hours | Rate | Amount |
|-----------|-------|-------|------|--------|
| Dienelt, John F. | Partner | 15.60 | 575.00 | 8,970.00 |
| McIntosh, Scott | Partner | 17.30 | 475.00 | 8,217.50 |
| Byrd, Ann M. | Associate | 1.20 | 395.00 | 474.00 |
| Totals | | 34.10 | | 17,661.50 |



**Disbursements:**

| Date | Description | Amount |
|------|-------------|--------|
| 04/30/09 | Westlaw Charges | 65.29 |

|  |  |
|--|--|
| **Total Disbursements** | **$65.29** |

|  |  |  |
|--|--|--|
| **Total Current Charges** | **$** | **15,077.56** |



R. Greenstein

May 15, 2009

# REMITTANCE ADVICE

| | | |
|---|---|---|
| Current Fees | $ | 15,012.27 |
| Current Disbursements | $ | 65.29 |
| Total This Invoice | $ | 15,077.56 |

*INVOICE IS DUE AND PAYABLE UPON RECEIPT*
*PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE*

Please send remittance to:

DLA Piper LLP (US)
P. O. Box 64029
Baltimore, MD 21264-4029

Or wire remittance to:

M&T Bank
25 South Charles Street, 18th Floor
Baltimore, MD 21201
Account Name:
DLA Piper LLP (US) Operating Account
Account #: 074-8148-5
ABA Transit #: 022000046
Swift Code: MANTUS33INT

*To ensure proper credit, please indicate the*
*invoice number you are paying on the wire*

Law Firm Tax Identification Number:     52-0616490



DLA Piper LLP (US)
1201 West Peachtree Street
Suite 2800
Atlanta, GA 30309-3450
T 404-736-7800
F 404-682-7800
W www.dlapiper.com

PRIVILEGED AND CONFIDENTIAL

MOE'S SOUTHWEST GRILL, L.L.C.
Raving Brands
1801 Peachtree St., N.E.
Suite 160
Atlanta, GA 30309

May 29, 2009

R. Greenstein
Matter # 312884-000013
Invoice # 2315995

*For Professional Services From **May 15, 2009** Through **May 29, 2009***:

*Client:* **MOE'S SOUTHWEST GRILL, L.L.C.**
*Matter:* **Massey Litigation**

| | | |
|---|---|---|
| Fees | $ | 2,854.00 |
| Less 15% Discount | $ | (428.10) |
| Current Fees | $ | 2,425.90 |
| Current Disbursements | $ | 890.95 |
| Total This Invoice | $ | 3,316.85 |

Please send remittance to:     DLA Piper LLP (US)
                                P. O. Box 64029
                                Baltimore, MD 21264-4029

Or wire remittance to:          M&T Bank                                    *To ensure proper credit, please indicate the*
                                25 South Charles Street, 18th Floor         *invoice number you are paying on the wire*
                                Baltimore, MD 21201
                                Account Name: DLA Piper LLP (US) Operating Account
                                Account #: 074-8148-5
                                ABA Transit #: 022000046
                                Swift Code: MANTUS33INT
Law Firm Tax Identification Number:   52-0616490



Fees:

| Date | Description | Timekeeper | Hours | Amount |
|------|-------------|------------|-------|--------|
| 05/18/09 | Discovery planning; consider potential motion to dismiss | Dienelt, John F. | 1.00 | 575.00 |
| 05/20/09 | Emails regarding amended complaint, schedule; conference with S. McIntosh | Dienelt, John F. | 0.20 | 115.00 |
| 05/20/09 | Conference with C. Huffines regarding Second Amended Answer and Briefing Schedule; research for Motion to Dismiss. | McIntosh, Scott | 0.40 | 190.00 |
| 05/22/09 | Emails regarding motion for leave to file second amended complaint; planning | Dienelt, John F. | 0.80 | 460.00 |
| 05/22/09 | Conference with C. Huffines; review stipulation and consent motion regarding scheduling | McIntosh, Scott | 0.60 | 285.00 |
| 05/22/09 | Review and comment on stipulation regarding consolidation and amending complaint. | Byrd, Ann M. | 0.20 | 79.00 |
| 05/27/09 | Discovery and motion planning | Dienelt, John F. | 1.50 | 862.50 |
| 05/28/09 | Telephone calls with D. Dollinger, D. Hughes; discovery and motion planning | Dienelt, John F. | 0.50 | 287.50 |

|  |  | **Total Fees** | **5.20** | **$2,854.00** |
|--|--|----------------|----------|---------------|

**Less 15% Discount**        **(428.10)**

**Total Fees this Invoice**        **$2,425.90**

### Timekeeper Summary

| Timekeeper | Title | Hours | Rate | Amount |
|------------|-------|-------|------|--------|
| Dienelt, John F. | Partner | 4.00 | 575.00 | 2,300.00 |
| McIntosh, Scott | Partner | 1.00 | 475.00 | 475.00 |
| Byrd, Ann M. | Associate | 0.20 | 395.00 | 79.00 |
| | Totals | 5.20 | | 2,854.00 |



**Disbursements:**

| Date | Description | Amount |
|------|-------------|--------|
| 05/13/09 | Westlaw Charges | 173.96 |
| 05/21/09 | Westlaw Charges | 687.31 |
| 05/22/09 | Westlaw Charges | 29.68 |

| | |
|---|---|
| **Total Disbursements** | **$890.95** |

| | | |
|---|---|---|
| **Total Current Charges** | **$** | **3,316.85** |



# REMITTANCE ADVICE

| | | |
|---|---|---|
| Current Fees | $ | 2,425.90 |
| Current Disbursements | $ | 890.95 |
| Total This Invoice | $ | 3,316.85 |

*INVOICE IS DUE AND PAYABLE UPON RECEIPT*
*PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE*

Please send remittance to:   DLA Piper LLP (US)
                             P. O. Box 64029
                             Baltimore, MD 21264-4029

Or wire remittance to:       M&T Bank                              *To ensure proper credit, please indicate the*
                             25 South Charles Street, 18th Floor   *invoice number you are paying on the wire*
                             Baltimore, MD 21201
                             Account Name:
                             DLA Piper LLP (US) Operating Account
                             Account #: 074-8148-5
                             ABA Transit #: 022000046
                             Swift Code: MANTUS33INT
Law Firm Tax Identification Number:   52-0616490



DLA Piper LLP (US)
1201 West Peachtree Street
Suite 2800
Atlanta, GA 30309-3450
T 404-736-7800
F 404-682-7800
W www.dlapiper.com

PRIVILEGED AND CONFIDENTIAL

MOE'S SOUTHWEST GRILL, L.L.C.
Raving Brands
1801 Peachtree St., N.E.
Suite 160
Atlanta, GA 30309

June 12, 2009

R. Greenstein
Matter # 312884-000013
Invoice # 2321900

*For Professional Services From May 30, 2009 Through June 12, 2009:*

*Client:* **MOE'S SOUTHWEST GRILL, L.L.C.**
*Matter:* **Massey Litigation**

| | | |
|---|---|---|
| Fees | $ | 19,054.40 |
| Less 15% Discount | $ | (2,858.16) |
| Current Fees | $ | 16,196.24 |
| Current Disbursements | $ | 0.00 |
| Total This Invoice | $ | 16,196.24 |

Please send remittance to:     DLA Piper LLP (US)
                               P. O. Box 64029
                               Baltimore, MD 21264-4029

Or wire remittance to:         M&T Bank                                      *To ensure proper credit, please indicate the*
                               25 South Charles Street, 18th Floor           *invoice number you are paying on the wire*
                               Baltimore, MD 21201
                               Account Name: DLA Piper LLP (US) Operating Account
                               Account #: 074-8148-5
                               ABA Transit #: 022000046
                               Swift Code: MANTUS33INT
Law Firm Tax Identification Number:   52-0616490



Fees:

| Date | Description | Timekeeper | Hours | Amount |
|------|-------------|------------|-------|--------|
| 05/30/09 | Review of amended complaint; research regarding state unfair and deceptive trade practices acts; review of case law. | Walls, Virginia A. | 5.20 | 1,851.20 |
| 06/01/09 | Discovery planning; emails with insurance carrier representative | Dienelt, John F. | 1.50 | 862.50 |
| 06/05/09 | Telephone call with B. Casey; emails regarding further extension for filing amended complaint, possible dismissal of Delley, conference with S. McIntosh | Dienelt, John F. | 0.30 | 172.50 |
| 06/05/09 | Conference with C. Huffines regarding Amended Complaint; review and revise consent motion to amend briefing schedule; send email to D. Dollinger, R. Seydel and D. Hughes regarding potential mutual dismissal of Delley. | McIntosh, Scott | 0.70 | 332.50 |
| 06/08/09 | Telephone conference with Mr. Seydel; electronic correspondence regarding Delley dismissal, amended pleadings, consolidation | Dienelt, John F. | 0.30 | 172.50 |
| 06/09/09 | Review draft pleadings on motions to amend, consolidate, electronic correspondence regarding same, Delley dismissal and release; conferences with Mr. McIntosh | Dienelt, John F. | 1.00 | 575.00 |
| 06/09/09 | Conference with C. Huffines; review draft dismissal and consolidation motions; send email to C. Huffines regarding changes to motions, need for amended complaint; and related issues; review communications and strategy regarding Delley mutual dismissal. | McIntosh, Scott | 2.10 | 997.50 |
| 06/10/09 | Telephone conference with Mr. Hughes; review draft amended complaint, releases; electronic correspondence regarding same; conferences with Mr. McIntosh | Dienelt, John F. | 1.80 | 1,035.00 |
| 06/10/09 | Draft Mutual Release Agreement; conference with G. Wells regarding dismissal and release; review motions to consolidate, notice of voluntary dismissal, second amended complaint, and consent motion; conference with C. Huffines regarding documents. | McIntosh, Scott | 7.80 | 3,705.00 |



| Date | Description | Timekeeper | Hours | Amount |
|------|-------------|------------|-------|--------|
| 06/10/09 | Research regarding█████████ ███ | Walls, Virginia A. | 1.00 | 356.00 |
| 06/11/09 | Multiple telephone conferences with Mr. Hughes; review insurance agreements, correspondence with counsel for carrier; review amended complaint; electronic correspondence regarding same; conferences with Mr. McIntosh | Dienelt, John F. | 4.00 | 2,300.00 |
| 06/11/09 | Conference with C. Huffines regarding scheduling; conference with R. Goss regarding extension; review insurance information and correspondence from carrier's counsel, including determination of related actions; formulate strategy regarding potential settlement; review Moe's UFOCs and information regarding SOS. | McIntosh, Scott | 5.70 | 2,707.50 |
| 06/11/09 | Research regarding█████ █████; review of trial transcript and deposition testimony | Walls, Virginia A. | 8.20 | 2,919.20 |
| 06/12/09 | Review of trial transcript and deposition testimony for timeline of events | Walls, Virginia A. | 3.00 | 1,068.00 |
| | **Total Fees** | | **42.60** | **$19,054.40** |

| | | |
|---|---|---|
| **Less 15% Discount** | | **(2,858.16)** |
| **Total Fees this Invoice** | | **$16,196.24** |

## Timekeeper Summary

| Timekeeper | Title | Hours | Rate | Amount |
|-----------|-------|-------|------|--------|
| Dienelt, John F. | Partner | 8.90 | 575.00 | 5,117.50 |
| McIntosh, Scott | Partner | 16.30 | 475.00 | 7,742.50 |
| Walls, Virginia A. | Associate | 17.40 | 356.00 | 6,194.40 |
| Totals | | 42.60 | | 19,054.40 |



Total Current Charges     $     16,196.24

---

*INVOICE IS DUE AND PAYABLE UPON RECEIPT*
*PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE*

---

Please send remittance to:

DLA Piper LLP (US)
P. O. Box 64029
Baltimore, MD 21264-4029

Or wire remittance to:

M&T Bank
25 South Charles Street, 18th Floor
Baltimore, MD 21201
Account Name:
DLA Piper LLP (US) Operating Account
Account #: 074-8148-5
ABA Transit #: 022000046
Swift Code: MANTUS33INT

*To ensure proper credit, please indicate the*
*invoice number you are paying on the wire*

Law Firm Tax Identification Number:    52-0616490



R. Greenstein

June 12, 2009

## REMITTANCE ADVICE

| | | |
|---|---|---|
| Current Fees | S | 16,196.24 |
| Current Disbursements | $ | 0.00 |
| Total This Invoice | $ | 16,196.24 |

*INVOICE IS DUE AND PAYABLE UPON RECEIPT*
*PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE*

Please send remittance to:

DLA Piper LLP (US)
P. O. Box 64029
Baltimore, MD 21264-4029

Or wire remittance to:

M&T Bank
25 South Charles Street, 18th Floor
Baltimore, MD 21201
Account Name:
DLA Piper LLP (US) Operating Account
Account #: 074-8148-5
ABA Transit #: 022000046
Swift Code: MANTUS33INT

*To ensure proper credit, please indicate the
invoice number you are paying on the wire*

Law Firm Tax Identification Number:     52-0616490



DLA Piper LLP (US)
1201 West Peachtree Street
Suite 2800
Atlanta, GA 30309-3450
T 404-736-7800
F 404-682-7800
W www.dlapiper.com

PRIVILEGED AND CONFIDENTIAL

MOE'S SOUTHWEST GRILL, L.L.C.                                 June 26, 2009
Raving Brands
1801 Peachtree St., N.E.                                      R. Greenstein
Suite 160                                           Matter # 312884-000013
Atlanta, GA  30309                                     Invoice # 2327335

---

*For Professional Services From June 13, 2009 Through June 26, 2009:*

*Client:* **MOE'S SOUTHWEST GRILL, L.L.C.**
*Matter:* **Massey Litigation**

| | | |
|---|---|---|
| Fees | $ | 12,566.40 |
| Less 15% Discount | $ | (1,884.96) |
| Current Fees | $ | 10,681.44 |
| Current Disbursements | $ | 4,560.43 |
| Total This Invoice | $ | 15,241.87 |

---

Please send remittance to:     DLA Piper LLP (US)
                               P. O. Box 64029
                               Baltimore, MD 21264-4029

Or wire remittance to:         M&T Bank                          *To ensure proper credit, please indicate the*
                               25 South Charles Street, 18th Floor   *invoice number you are paying on the wire*
                               Baltimore, MD 21201
                               Account Name: DLA Piper LLP (US) Operating Account
                               Account #: 074-8148-5
                               ABA Transit #: 022000046
                               Swift Code: MANTUS33INT
Law Firm Tax Identification Number:  52-0616490



Fees:

| Date | Description | Timekeeper | Hours | Amount |
|---|---|---|---|---|
| 06/15/09 | Review amended complaint, consider response; emails regarding Delley dismissal/release; conference with S. McIntosh | Dienelt, John F. | 1.70 | 977.50 |
| 06/15/09 | Revise mutual release regarding Delley; review UFOCs. | McIntosh, Scott | 1.10 | 522.50 |
| 06/15/09 | Research regarding TN and KS state unfair and deceptive trade practices acts; review of 2001-2004 UFOCs to develop timeline | Walls, Virginia A. | 5.60 | 1,993.60 |
| 06/16/09 | Research regarding various state unfair and deceptive trade claims in plaintiffs' second amended complaint | Walls, Virginia A. | 6.60 | 2,349.60 |
| 06/17/09 | Work on release issue regarding Delley. | McIntosh, Scott | 0.20 | 95.00 |
| 06/17/09 | Research regarding various state consumer protection statutes and basis for dismissal of each | Walls, Virginia A. | 7.70 | 2,741.20 |
| 06/18/09 | Consider Delley/FOCUS release issues; conference with S. McIntosh | Dienelt, John F. | 0.30 | 172.50 |
| 06/18/09 | Work on Delley release issue; conference with C. Huffines regarding various filings; review consent motion to extend certain deadlines. | McIntosh, Scott | 1.00 | 475.00 |
| 06/18/09 | Research regarding various state consumer protection statutes and the statute of limitations applicable to each; drafting email insert regarding consumer protection statutes and weaknesses associated with each claim | Walls, Virginia A. | 5.60 | 1,993.60 |
| 06/19/09 | Revise letter to opposing counsel regarding claims plaintiffs should drop; emails regarding same, schedule | Dienelt, John F. | 0.80 | 460.00 |
| 06/19/09 | Draft letter to C. Huffines regarding dismissal of various claims that Defendants contend fail to state a claim; send letter to C. Huffines. | McIntosh, Scott | 1.30 | 617.50 |



| Date | Description | Timekeeper | Hours | Amount |
|------|-------------|------------|-------|--------|
| 06/26/09 | Correspondence to Mr. McIntosh; conference with Mr. Greenstein; correspondence to Mr. Goodman. | Wells, Gerald C. | 0.40 | 168.40 |
| | **Total Fees** | | **32.30** | **$12,566.40** |
| | **Less 15% Discount** | | | **(1,884.96)** |
| | **Total Fees this Invoice** | | | **$10,681.44** |

### Timekeeper Summary

| Timekeeper | Title | Hours | Rate | Amount |
|------------|-------|-------|------|--------|
| Dienelt, John F. | Partner | 2.80 | 575.00 | 1,610.00 |
| McIntosh, Scott | Partner | 3.60 | 475.00 | 1,710.00 |
| Wells, Gerald C. | Partner | 0.40 | 421.00 | 168.40 |
| Walls, Virginia A. | Associate | 25.50 | 356.00 | 9,078.00 |
| Totals | | 32.30 | | 12,566.40 |

**Disbursements:**

| Date | Description | Amount |
|------|-------------|--------|
| 06/15/09 | Westlaw Charges | 514.47 |
| 06/16/09 | Westlaw Charges | 1,536.60 |
| 06/17/09 | Westlaw Charges | 1,072.49 |
| 06/18/09 | Westlaw Charges | 1,436.87 |
| | **Total Disbursements** | **$4,560.43** |



| Total Current Charges | S | 15,241.87 |

*INVOICE IS DUE AND PAYABLE UPON RECEIPT*
*PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE*

Please send remittance to:
DLA Piper LLP (US)
P. O. Box 64029
Baltimore, MD 21264-4029

Or wire remittance to:
M&T Bank
25 South Charles Street, 18th Floor
Baltimore, MD 21201
Account Name:
DLA Piper LLP (US) Operating Account
Account #: 074-8148-5
ABA Transit #: 022000046
Swift Code: MANTUS33INT

*To ensure proper credit, please indicate the*
*invoice number you are paying on the wire*

Law Firm Tax Identification Number:     52-0616490



R. Greenstein

June 26, 2009

## REMITTANCE ADVICE

| | | |
|---|---|---|
| Current Fees | $ | 10,681.44 |
| Current Disbursements | $ | 4,560.43 |
| Total This Invoice | $ | 15,241.87 |

*INVOICE IS DUE AND PAYABLE UPON RECEIPT*
*PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE*

Please send remittance to:        DLA Piper LLP (US)
                                   P. O. Box 64029
                                   Baltimore, MD 21264-4029

Or wire remittance to:            M&T Bank                                    *To ensure proper credit, please indicate the*
                                  25 South Charles Street, 18th Floor         *invoice number you are paying on the wire*
                                  Baltimore, MD 21201
                                  Account Name:
                                  DLA Piper LLP (US) Operating Account
                                  Account #: 074-8148-5
                                  ABA Transit #: 022000046
                                  Swift Code: MANTUS33INT
Law Firm Tax Identification Number:   52-0616490



DLA Piper LLP (US)
1201 West Peachtree Street
Suite 2800
Atlanta, GA 30309-3450
T 404-736-7800
F 404-682-7800
W www.dlapiper.com

PRIVILEGED AND CONFIDENTIAL

MOE'S SOUTHWEST GRILL, L.L.C.                                    July 10, 2009
Raving Brands
1801 Peachtree St., N.E.                                         R. Greenstein
Suite 160                                              Matter # 312884-000013
Atlanta, GA 30309                                         Invoice # 2331814

---

*For Professional Services From June 27, 2009 Through July 10, 2009:*

Client:   **MOE'S SOUTHWEST GRILL, L.L.C.**
Matter:   **Massey Litigation**

| | | |
|---|---|---|
| Fees | $ | 7,175.10 |
| Less 15% Discount | $ | (1,076.27) |
| Current Fees | $ | 6,098.83 |
| Current Disbursements | $ | 0.00 |
| Total This Invoice | $ | 6,098.83 |

---

Please send remittance to:       DLA Piper LLP (US)
                                 P. O. Box 64029
                                 Baltimore, MD 21264-4029

Or wire remittance to:           M&T Bank                              *To ensure proper credit, please indicate the*
                                 25 South Charles Street, 18th Floor   *invoice number you are paying on the wire*
                                 Baltimore, MD 21201
                                 Account Name: DLA Piper LLP (US) Operating Account
                                 Account #: 074-8148-5
                                 ABA Transit #: 022000046
                                 Swift Code: MANTUS33INT

Law Firm Tax Identification Number:   52-0616490



Fees:

| Date | Description | Timekeeper | Hours | Amount |
|---|---|---|---|---|
| 06/29/09 | Emails regarding counterclaim/Delley dismissal issues, schedule. | Dienelt, John F. | 0.10 | 57.50 |
| 06/29/09 | Draft memo to Focus Brands regarding release issue; review correspondence from Mr. McIntosh; review file. | Wells, Gerald C. | 2.50 | 1,052.50 |
| 06/30/09 | Correspondence from Mr. McIntosh. | Wells, Gerald C. | 0.10 | 42.10 |
| 07/01/09 | Review revised mutual release regarding Delleys; send release to C. Huffines along with proposed agreement regarding dismissals. | McIntosh, Scott | 0.40 | 190.00 |
| 07/02/09 | Review amended complaint, related pleadings; emails regarding same; planning | Dienelt, John F. | 1.30 | 747.50 |
| 07/02/09 | Review and edit joint dismissal, motion to consolidate, motion to amend and proposed Second Amended Complaint; conference with C. Huffines regarding same. | McIntosh, Scott | 0.70 | 332.50 |
| 07/06/09 | Plan response to amended complaint, litigation strategy; emails regarding same; conference with S. McIntosh | Dienelt, John F. | 2.50 | 1,437.50 |
| 07/06/09 | Review Order granting dismissal; send email to C. Huffines regarding mutual dismissal regarding Delley; draft Motion to Dismiss. | McIntosh, Scott | 0.80 | 380.00 |
| 07/07/09 | Discovery planning | Dienelt, John F. | 1.50 | 862.50 |
| 07/08/09 | Draft Motion to Dismiss. | McIntosh, Scott | 0.20 | 95.00 |
| 07/08/09 | Receive and read multiple orders regarding consolidation of cases, plaintiff's amended complaint and related items. | Byrd, Ann M. | 0.40 | 158.00 |
| 07/09/09 | Discovery, motion planning | Dienelt, John F. | 3.00 | 1,725.00 |
| 07/09/09 | Conference with C. Huffines regarding Delley release and issues in Second Amended Complaint. | McIntosh, Scott | 0.20 | 95.00 |

|  | **Total Fees** |  | **13.70** | **$7,175.10** |

|  | **Less 15% Discount** |  |  | **(1,076.27)** |



Total Fees this Invoice                              $6,098.83

## Timekeeper Summary

| Timekeeper | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Dienelt, John F. | Partner | 8.40 | 575.00 | 4,830.00 |
| McIntosh, Scott | Partner | 2.30 | 475.00 | 1,092.50 |
| Wells, Gerald C. | Partner | 2.60 | 421.00 | 1,094.60 |
| Byrd, Ann M. | Associate | 0.40 | 395.00 | 158.00 |
| Totals | | 13.70 | | 7,175.10 |

Total Current Charges          $          6,098.83



# REMITTANCE ADVICE

| | | |
|---|---|---|
| Current Fees | $ | 6,098.83 |
| Current Disbursements | $ | 0.00 |
| Total This Invoice | $ | 6,098.83 |

*INVOICE IS DUE AND PAYABLE UPON RECEIPT*
*PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE*

Please send remittance to:     DLA Piper LLP (US)
                               P. O. Box 64029
                               Baltimore, MD 21264-4029

Or wire remittance to:         M&T Bank                              *To ensure proper credit, please indicate the*
                               25 South Charles Street, 18th Floor   *invoice number you are paying on the wire*
                               Baltimore, MD 21201
                               Account Name:
                               DLA Piper LLP (US) Operating Account
                               Account #: 074-8148-5
                               ABA Transit #: 022000046
                               Swift Code: MANTUS33INT
Law Firm Tax Identification Number:  52-0616490



DLA Piper LLP (US)
1201 West Peachtree Street
Suite 2800
Atlanta, GA 30309-3450
T 404-736-7800
F 404-682-7800
W www.dlapiper.com

PRIVILEGED AND CONFIDENTIAL

MOE'S SOUTHWEST GRILL, L.L.C.                                   July 24, 2009
Raving Brands
1801 Peachtree St., N.E.                                        R. Greenstein
Suite 160                                              Matter # 312884-000013
Atlanta, GA  30309                                         Invoice # 2338139

---

*For Professional Services From July 11, 2009 Through July 24, 2009:*

Client:  *MOE'S SOUTHWEST GRILL, L.L.C.*
Matter:  *Massey Litigation*

| | | |
|---|---|---:|
| Fees | $ | 18,086.90 |
| Less 15% Discount | $ | (2,713.04) |
| Current Fees | $ | 15,373.86 |
| Current Disbursements | $ | 157.51 |
| Total This Invoice | $ | 15,531.37 |

---

Please send remittance to:      DLA Piper LLP (US)
                                 P. O. Box 64029
                                 Baltimore, MD 21264-4029

Or wire remittance to:           M&T Bank                                    *To ensure proper credit, please indicate the*
                                 25 South Charles Street, 18th Floor         *invoice number you are paying on the wire*
                                 Baltimore, MD 21201
                                 Account Name: DLA Piper LLP (US) Operating Account
                                 Account #: 074-8148-5
                                 ABA Transit #: 022000046
                                 Swift Code: MANTUS33INT
Law Firm Tax Identification Number:  52-0616490



Fees:

| Date | Description | Timekeeper | Hours | Amount |
|------|-------------|------------|-------|--------|
| 07/13/09 | Discovery planning | Dienelt, John F. | 0.50 | 287.50 |
| 07/14/09 | Telephone conference with Mr. Aronson regarding franchise files; office conference with Mr. Wells regarding same and terms of APA | Greenstein, Richard G. | 0.30 | 150.60 |
| 07/15/09 | Conference with S. McIntosh regarding responsive pleading strategy | Dienelt, John F. | 0.20 | 115.00 |
| 07/15/09 | Conference with Mr. Greenstein; review Asset Purchase Agreement related to obligations of Focus Brands to provide access to documents; draft and transmit correspondence to Mr. Aronson regarding requirements to provide documents to MSWG, LLC; additional correspondence from and to Mr. Aronson; correspondence to and from Mr. McIntosh; call with Mr. Larson regarding discovery materials; correspondence with Mr. Larson regarding same. | Wells, Gerald C. | 2.60 | 1,094.60 |
| 07/17/09 | Research regarding failure to state a claim and running of statute of limitations | Walls, Virginia A. | 2.30 | 818.80 |
| 07/20/09 | Telephone call with M. Sprock; consider insurance issues; plan responsive pleading | Dienelt, John F. | 1.20 | 690.00 |
| 07/20/09 | Draft Motion to Dismiss. | McIntosh, Scott | 0.30 | 142.50 |
| 07/20/09 | Research regarding relation back of amendments to plaintiffs' amended complaint; conference with S. McIntosh to discuss findings | Walls, Virginia A. | 6.70 | 2,385.20 |
| 07/21/09 | Review Usher UFOC receipt; send email to C. Huffines regarding Usher claims. | McIntosh, Scott | 0.20 | 95.00 |
| 07/22/09 | Review state law claims, plan response | Dienelt, John F. | 0.70 | 402.50 |
| 07/22/09 | Draft Motion to Dismiss. | McIntosh, Scott | 0.40 | 190.00 |
| 07/22/09 | Research regarding choice of law provisions application to various state consumer protection statutes; research regarding treatment of choice of law provisions under NC law; research regarding Kansas consumer protection statute's of limitations | Walls, Virginia A. | 6.20 | 2,207.20 |



| Date | Description | Timekeeper | Hours | Amount |
|------|-------------|------------|-------|--------|
| 07/23/09 | Draft Motion to Dismiss. | McIntosh, Scott | 2.60 | 1,235.00 |
| 07/23/09 | Research regarding various state consumer protection statutes; drafting insert for motion to dismiss | Walls, Virginia A. | 8.00 | 2,848.00 |
| 07/24/09 | Preparation of motion to dismiss; emails regarding same | Dienelt, John F. | 2.00 | 1,150.00 |
| 07/24/09 | Draft Motion to Dismiss. | McIntosh, Scott | 9.00 | 4,275.00 |
| | **Total Fees** | | **43.20** | **$18,086.90** |

| | |
|---|---|
| **Less 15% Discount** | **(2,713.04)** |
| **Total Fees this Invoice** | **$15,373.86** |

### Timekeeper Summary

| Timekeeper | Title | Hours | Rate | Amount |
|------------|-------|-------|------|--------|
| Dienelt, John F. | Partner | 4.60 | 575.00 | 2,645.00 |
| Greenstein, Richard G. | Partner | 0.30 | 502.00 | 150.60 |
| McIntosh, Scott | Partner | 12.50 | 475.00 | 5,937.50 |
| Wells, Gerald C. | Partner | 2.60 | 421.00 | 1,094.60 |
| Walls, Virginia A. | Associate | 23.20 | 356.00 | 8,259.20 |
| Totals | | 43.20 | | 18,086.90 |

**Disbursements:**

| Date | Description | Amount |
|------|-------------|--------|
| 07/17/09 | Westlaw Charges | 157.51 |



R. Greenstein
Page: 4
July 24, 2009

Total Disbursements $157.51

Total Current Charges $ 15,531.37

*INVOICE IS DUE AND PAYABLE UPON RECEIPT*
*PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE*

Please send remittance to:    DLA Piper LLP (US)
     P. O. Box 64029
     Baltimore, MD 21264-4029

Or wire remittance to:    M&T Bank      *To ensure proper credit, please indicate the*
     25 South Charles Street, 18th Floor    *invoice number you are paying on the wire*
     Baltimore, MD 21201
     Account Name:
     DLA Piper LLP (US) Operating Account
     Account #: 074-8148-5
     ABA Transit #: 022000046
     Swift Code: MANTUS33INT
Law Firm Tax Identification Number:    52-0616490



R. Greenstein

July 24, 2009

# REMITTANCE ADVICE

| | | |
|---|---|---|
| Current Fees | S | 15,373.86 |
| Current Disbursements | $ | 157.51 |
| Total This Invoice | $ | 15,531.37 |

*INVOICE IS DUE AND PAYABLE UPON RECEIPT*
*PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE*

Please send remittance to:     DLA Piper LLP (US)
                               P. O. Box 64029
                               Baltimore, MD 21264-4029

Or wire remittance to:         M&T Bank                          *To ensure proper credit, please indicate the*
                               25 South Charles Street, 18th Floor   *invoice number you are paying on the wire*
                               Baltimore, MD 21201
                               Account Name:
                               DLA Piper LLP (US) Operating Account
                               Account #: 074-8148-5
                               ABA Transit #: 022000046
                               Swift Code: MANTUS33INT
Law Firm Tax Identification Number:  52-0616490



DLA Piper LLP (US)
1201 West Peachtree Street
Suite 2800
Atlanta, GA 30309-3450
T 404-736-7800
F 404-682-7800
W www.dlapiper.com

PRIVILEGED AND CONFIDENTIAL

MOE'S SOUTHWEST GRILL, L.L.C.
Raving Brands
1801 Peachtree St., N.E.
Suite 160
Atlanta, GA  30309

August 7, 2009

R. Greenstein
Matter # 312884-000013
Invoice # 2342351

*For Professional Services From July 25, 2009 Through August 7, 2009:*

*Client:*  **MOE'S SOUTHWEST GRILL, L.L.C.**
*Matter:*  **Massey Litigation**

| | | |
|---|---|---|
| Fees | $ | 14,938.30 |
| Less 15% Discount | $ | (2,240.75) |
| Current Fees | $ | 12,697.55 |
| Current Disbursements | $ | 251.90 |
| Total This Invoice | $ | 12,949.45 |

Please send remittance to:

DLA Piper LLP (US)
P. O. Box 64029
Baltimore, MD 21264-4029

Or wire remittance to:

M&T Bank
25 South Charles Street, 18th Floor
Baltimore, MD 21201
Account Name: DLA Piper LLP (US) Operating Account
Account #: 074-8148-5
ABA Transit #: 022000046
Swift Code: MANTUS33INT

*To ensure proper credit, please indicate the
invoice number you are paying on the wire*

Law Firm Tax Identification Number:

52-0616490



Fees:

| Date | Description | Timekeeper | Hours | Amount |
|------|-------------|------------|-------|--------|
| 07/25/09 | Revise motion to dismiss; conference with S. McIntosh. | Dienelt, John F. | 1.50 | 862.50 |
| 07/25/09 | Draft Motion to Dismiss. | McIntosh, Scott | 3.30 | 1,567.50 |
| 07/25/09 | Research regarding judicial notice of testimony; research regarding elements of theft by deception. | Walls, Virginia A. | 2.50 | 890.00 |
| 07/26/09 | Discovery planning. | Dienelt, John F. | 0.50 | 287.50 |
| 07/27/09 | Revise motion to dismiss; emails regarding same; conferences with S. McIntosh. | Dienelt, John F. | 2.00 | 1,150.00 |
| 07/27/09 | Draft Motion to Dismiss; draft Motion and proposed Order; coordinate filing of Motion. | McIntosh, Scott | 9.00 | 4,275.00 |
| 07/27/09 | Correspondence from Mr. McIntosh; conference with Ms. Saferstein; review and revise report regarding franchisees; review electronic files and information on secretary of state websites; calls with ████████. | Wells, Gerald C. | 2.40 | 1,010.40 |
| 07/27/09 | Finalize and file motion to dismiss second amended complaint, memorandum of law in support and related exhibits; communicate with S. McIntosh regarding same. | Byrd, Ann M. | 2.10 | 829.50 |
| 07/27/09 | Conference with Mr. Wells regarding Plaintiff names; revise list of Plaintiffs; telephone conference with Florida Department of State regarding entity names. | Saferstein, Rebecca | 0.90 | 193.50 |
| 07/28/09 | Correspondence to and from Mr. McIntosh; conference with Ms. Saferstein. | Wells, Gerald C. | 0.30 | 126.30 |
| 07/29/09 | Review 30(b)(6) notice; consider response; conference with S. McIntosh. | Dienelt, John F. | 0.30 | 172.50 |
| 07/29/09 | Conference with Ms. Saferstein. | Wells, Gerald C. | 0.30 | 126.30 |
| 07/29/09 | Conference with Mr. Wells regarding store files; match store numbers to franchisees; move electronic store files to franchisee names. | Saferstein, Rebecca | 1.10 | 236.50 |
| 07/31/09 | Emails re information for carrier's counsel. | Dienelt, John F. | 0.20 | 115.00 |
| 07/31/09 | Review email from S. Hendrix; send Second | McIntosh, Scott | 0.30 | 142.50 |



DLA PIPER

| Date | Description | Timekeeper | Hours | Amount |
|------|-------------|------------|-------|--------|
| | Amended Complaint and Motion to Dismiss to ▮▮▮▮▮. | | | |
| 08/03/09 | Review 30(b)(6) deposition notice, draft response; conference with S. McIntosh | Dienelt, John F. | 0.20 | 115.00 |
| 08/03/09 | Draft letter to ▮▮▮▮ regarding 30(b)(6) request. | McIntosh, Scott | 1.00 | 475.00 |
| 08/04/09 | Finalize and send letter to ▮▮▮▮ regarding discovery and scheduling order. | McIntosh, Scott | 0.20 | 95.00 |
| 08/05/09 | Correspondence to ▮▮▮▮ regarding files; | Wells, Gerald C. | 0.10 | 42.10 |
| 08/05/09 | Update List of Franchisees; review and move electronic files to individual electronic files; conference with Mr. Wells regarding same. | Saferstein, Rebecca | 3.10 | 666.50 |
| 08/06/09 | Multiple correspondence to and from ▮▮▮ regarding files and electronic documents; transmit disk drive to ▮▮▮▮; conference with Ms. Saferstein; correspondence from Ms. Saferstein and Mr. McIntosh; review summary from Ms. Saferstein; | Wells, Gerald C. | 1.20 | 505.20 |
| 08/06/09 | Update List of Franchisees; review and move electronic files to individual folders; conference with Mr. Wells regarding same. send various electronic correspondence to Mr. MacIntosh regarding same. | Saferstein, Rebecca | 2.50 | 537.50 |
| 08/07/09 | Review letter from opposing counsel regarding discovery, consider response, emails regarding same; conference with S. McIntosh | Dienelt, John F. | 0.30 | 172.50 |
| 08/07/09 | Correspondence to and from Mr. McIntosh; | Wells, Gerald C. | 0.10 | 42.10 |
| 08/07/09 | Conference with S. McIntosh regarding documents for opposing counsel; preparation of documents for opposing counsel. | Webb, Constance D | 1.40 | 302.40 |

|  |  |  |
|---|---|---|
| **Total Fees** | **36.80** | **$14,938.30** |
| **Less 15% Discount** | | **(2,240.75)** |
| **Total Fees this Invoice** | | **$12,697.55** |



## Timekeeper Summary

| Timekeeper | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Dienelt, John F. | Partner | 5.00 | 575.00 | 2,875.00 |
| McIntosh, Scott | Partner | 13.80 | 475.00 | 6,555.00 |
| Wells, Gerald C. | Partner | 4.40 | 421.00 | 1,852.40 |
| Byrd, Ann M. | Associate | 2.10 | 395.00 | 829.50 |
| Walls, Virginia A. | Associate | 2.50 | 356.00 | 890.00 |
| Webb, Constance D | Paralegal | 1.40 | 216.00 | 302.40 |
| Saferstein, Rebecca | Paralegal | 7.60 | 215.00 | 1,634.00 |
| | Totals | 36.80 | | 14,938.30 |

**Disbursements:**

| Date | Description | Amount |
|---|---|---|
| 07/27/09 | Westlaw Charges | 238.62 |
| 07/29/09 | Public Access Search - VENDOR: PACER SERVICE CENTER PACER SERVICE CENTER USAGE 4/1/09-6/30/09 | 13.28 |

Total Disbursements **$251.90**

Total Current Charges **$  12,949.45**



DLA PIPER

R. Greenstein

August 7, 2009

# REMITTANCE ADVICE

| | | |
|---|---|---|
| Current Fees | $ | 12,697.55 |
| Current Disbursements | $ | 251.90 |
| Total This Invoice | $ | 12,949.45 |

*INVOICE IS DUE AND PAYABLE UPON RECEIPT*
*PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE*

| | | |
|---|---|---|
| Please send remittance to: | DLA Piper LLP (US)<br>P. O. Box 64029<br>Baltimore, MD 21264-4029 | |
| Or wire remittance to: | M&T Bank<br>25 South Charles Street, 18th Floor<br>Baltimore, MD 21201<br>Account Name:<br>DLA Piper LLP (US) Operating Account<br>Account #: 074-8148-5<br>ABA Transit #: 022000046<br>Swift Code: MANTUS33INT | *To ensure proper credit, please indicate the*<br>*invoice number you are paying on the wire* |
| Law Firm Tax Identification Number: | 52-0616490 | |



DLA Piper LLP (US)
1201 West Peachtree Street
Suite 2800
Atlanta, GA 30309-3450
T 404-736-7800
F 404-682-7800
W www.dlapiper.com

PRIVILEGED AND CONFIDENTIAL

MOE'S SOUTHWEST GRILL, L.L.C.                                   August 21, 2009
Raving Brands
1801 Peachtree St., N.E.                                         R. Greenstein
Suite 160                                               Matter # 312884-000013
Atlanta, GA 30309                                            Invoice # 2348350

*For Professional Services Through August 21, 2009:*

*Client:* **MOE'S SOUTHWEST GRILL, L.L.C.**
*Matter:* **Massey Litigation**

| | | |
|---|---|---:|
| Fees | $ | 8,825.20 |
| Less 15% Discount | $ | (1,323.78) |
| Current Fees | $ | 7,501.42 |
| Current Disbursements | $ | 5,565.04 |
| Total This Invoice | $ | 13,066.46 |

Please send remittance to:    DLA Piper LLP (US)
                              P. O. Box 64029
                              Baltimore, MD 21264-4029

Or wire remittance to:        M&T Bank                          *To ensure proper credit, please indicate the*
                              25 South Charles Street, 18th Floor   *invoice number you are paying on the wire*
                              Baltimore, MD 21201
                              Account Name: DLA Piper LLP (US) Operating Account
                              Account #: 074-8148-5
                              ABA Transit #: 022000046
                              Swift Code: MANTUS33INT
Law Firm Tax Identification Number:   52-0616490



Fees:

| Date | Description | Timekeeper | Hours | Amount |
|------|-------------|------------|-------|--------|
| 06/08/09 | Telephone conference with Mr. Seydel regarding impact of potential settlement of Peterson. | Dienelt, John F. | 0.30 | 172.50 |
| 06/10/09 | Telephone calls with Mr. McIntosh; correspondence from and to Mr. McIntosh; review documents and files related to Fusion Food of Tennessee and Sale of Moe's; conference with Mr. Greenstein regarding same. | Wells, Gerald C. | 1.50 | 631.50 |
| 06/11/09 | Conference with Mr. Greenstein regarding Fusion Food of Tennessee, Inc. | Wells, Gerald C. | 0.20 | 84.20 |
| 06/12/09 | Telephone call with Mr. Goodman. | Wells, Gerald C. | 0.50 | 210.50 |
| 06/26/09 | Conference with Mr. Greenstein; correspondence to Messrs. Roche and Mr. Larson; review documents received from Mr. Goodman; multiple correspondence to and from Mr. Goodman; correspondence to and from Mr. McIntosh. | Wells, Gerald C. | 1.10 | 463.10 |
| 07/01/09 | Correspondence to and from Mr. Roche; transmit documents to Mr. Roche; call with Mr. Roche; correspondence to and from Mr. Larson; correspondence to and from Mr. McIntosh; revised Mutual Release for Mr. Delley; | Wells, Gerald C. | 2.50 | 1,052.50 |
| 07/06/09 | Correspondence from Mr. McIntosh; review file regarding documents related to Ushers; | Wells, Gerald C. | 0.60 | 252.60 |
| 07/08/09 | Prepare list of plaintiffs for ▇▇▇▇ to ▇▇▇▇; review pleadings and information related to consolidated matters; review pleadings received from Mr. McIntosh; review file review from sale of Moe's brand; multiple correspondence to and from Mr. McIntosh; multiple correspondence to and from Ms. Phinney; | Wells, Gerald C. | 2.30 | 968.30 |
| 07/09/09 | Call with ▇▇▇▇ regarding files retained by MSWG, LLC; multiple correspondence with ▇▇▇▇ regarding same and disclosure documents received by Ushers; correspondence to Mr. Dollinger regarding same; review file review information prepared for sale of Moe's | Wells, Gerald C. | 2.00 | 842.00 |



| Date | Description | Timekeeper | Hours | Amount |
|------|-------------|-----------|-------|--------|
|  | brand; call with Mr. McIntosh; transmit files review information to Mr. McIntosh; review files receive from ▮. | | | |
| 07/20/09 | Correspondence to and from Mr. McIntosh. | Wells, Gerald C. | 0.10 | 42.10 |
| 07/21/09 | Multiple correspondence to and from Mr. Larson; multiple correspondence from and to Mr. McIntosh; correspondence to and from ▮ regarding files; meeting with Mr. Goodman to get disk drive with files; calls with Mr. Goodman; correspondence to and from ▮. | Wells, Gerald C. | 2.30 | 968.30 |
| 07/22/09 | Review files received from Mr. Goodman; correspondence to and from Mr. McIntosh. | Wells, Gerald C. | 0.60 | 252.60 |
| 07/24/09 | Preparation of motion to dismiss; emails regarding same. | Dienelt, John F. | 2.00 | 1,150.00 |
| 08/10/09 | Conference with S. McIntosh regarding discovery, scheduling issues | Dienelt, John F. | 0.10 | 57.50 |
| 08/12/09 | Emails regarding scheduling | Dienelt, John F. | 0.10 | 57.50 |
| 08/13/09 | Review 11th Circuit opinion regarding Iqbal for use in Reply; review filing for extension by Plaintiffs. | McIntosh, Scott | 0.30 | 142.50 |
| 08/20/09 | Draft letter to B. Roller regarding 30(b)(6) notice; review Opposition to Motion to Dismiss. | McIntosh, Scott | 1.20 | 570.00 |
| 08/21/09 | Review opposition to motion to dismiss, letter regarding discovery | Dienelt, John F. | 1.00 | 575.00 |
| 08/21/09 | Revise letter to B. Roller regarding 30(b)(6) notice; send letter | McIntosh, Scott | 0.70 | 332.50 |
|  | **Total Fees** | | **19.40** | **$8,825.20** |

**Less 15% Discount**                                   (1,323.78)

**Total Fees this Invoice**                             $7,501.42



## Timekeeper Summary

| Timekeeper | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Dienelt, John F. | Partner | 3.50 | 575.00 | 2,012.50 |
| McIntosh, Scott | Partner | 2.20 | 475.00 | 1,045.00 |
| Wells, Gerald C. | Partner | 13.70 | 421.00 | 5,767.70 |
| | Totals | 19.40 | | 8,825.20 |

**Disbursements:**

| Date | Description | Amount |
|---|---|---|
| 05/18/09 | Air Fare - VENDOR: JOHN F. DIENELT TRAVEL TO ATLANTA FOR STATUS CONF W/CLIENT 04/28/09 | 797.20 |
| 05/18/09 | Car Service/Taxi - VENDOR: JOHN F. DIENELT TRAVEL TO ATLANTA FOR STATUS CONF W/CLIENT 04/28/09 | 125.00 |
| 05/18/09 | Meals - VENDOR: JOHN F. DIENELT TRAVEL TO ATLANTA FOR STATUS CONF W/CLIENT 04/28/09 | 10.00 |
| 06/02/09 | Delivery Services -VENDOR: UNITED PARCEL SERVICE  * FROM: Barbara O. Dobson TO: Lewis K.Loss, Es q.//Thompson, Loss & Judge, LLP//Two Lafayette C entre//WASHINGTON//DC | 7.58 |
| 06/10/09 | Westlaw Charges | 383.07 |
| 06/11/09 | Westlaw Charges | 733.26 |
| 06/19/09 | Westlaw Charges | 543.19 |
| 07/20/09 | Westlaw Charges | 992.28 |
| 07/22/09 | Westlaw Charges | 1,573.79 |
| 07/23/09 | Westlaw Charges | 387.80 |
| 07/24/09 | Westlaw Charges | 11.87 |

**Total Disbursements**     **$5,565.04**



Total Current Charges    $      **13,066.46**

*INVOICE IS DUE AND PAYABLE UPON RECEIPT*
*PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE*

Please send remittance to:

DLA Piper LLP (US)
P. O. Box 64029
Baltimore, MD 21264-4029

Or wire remittance to:

M&T Bank
25 South Charles Street, 18th Floor
Baltimore, MD 21201
Account Name:
DLA Piper LLP (US) Operating Account
Account #: 074-8148-5
ABA Transit #: 022000046
Swift Code: MANTUS33INT

*To ensure proper credit, please indicate the*
*invoice number you are paying on the wire*

Law Firm Tax Identification Number:    52-0616490



R. Greenstein

August 21, 2009

## REMITTANCE ADVICE

| | | |
|---|---|---|
| Current Fees | $ | 7,501.42 |
| Current Disbursements | $ | 5,565.04 |
| Total This Invoice | $ | 13,066.46 |

*INVOICE IS DUE AND PAYABLE UPON RECEIPT*
*PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE*

Please send remittance to:      DLA Piper LLP (US)
                                P. O. Box 64029
                                Baltimore, MD 21264-4029

Or wire remittance to:          M&T Bank                              *To ensure proper credit, please indicate the*
                                25 South Charles Street, 18th Floor   *invoice number you are paying on the wire*
                                Baltimore, MD 21201
                                Account Name:
                                DLA Piper LLP (US) Operating Account
                                Account #: 074-8148-5
                                ABA Transit #: 022000046
                                Swift Code: MANTUS33INT
Law Firm Tax Identification Number:   52-0616490



DLA Piper LLP (US)
1201 West Peachtree Street
Suite 2800
Atlanta, GA 30309-3450
T 404-736-7800
F 404-682-7800
W www.dlapiper.com

PRIVILEGED AND CONFIDENTIAL

MOE'S SOUTHWEST GRILL, L.L.C.                                    September 4, 2009
Raving Brands
1801 Peachtree St., N.E.                                                    R. Greenstein
Suite 160                                                          Matter # 312884-000013
Atlanta, GA 30309                                                    Invoice # 2352578

*For Professional Services Through September 4, 2009:*

*Client:*   **MOE'S SOUTHWEST GRILL, L.L.C.**
*Matter:*   **Massey Litigation**

| | | |
|---|---|---:|
| Fees | $ | 29,687.50 |
| Less 15% Discount | $ | (4,453.13) |
| Current Fees | $ | 25,234.37 |
| Current Disbursements | $ | 4,957.92 |
| Total This Invoice | $ | 30,192.29 |

Please send remittance to:       DLA Piper LLP (US)
                                 P. O. Box 64029
                                 Baltimore, MD 21264-4029

Or wire remittance to:           M&T Bank                          *To ensure proper credit, please indicate the*
                                 25 South Charles Street, 18th Floor   *invoice number you are paying on the wire*
                                 Baltimore, MD 21201
                                 Account Name: DLA Piper LLP (US) Operating Account
                                 Account #: 074-8148-5
                                 ABA Transit #: 022000046
                                 Swift Code: MANTUS33INT
Law Firm Tax Identification Number:   52-0616490



Fees:

| Date | Description | Timekeeper | Hours | Amount |
|------|-------------|------------|-------|--------|
| 08/25/09 | Revise motion for status conference; emails regarding same; conference with S. McIntosh. | Dienelt, John F. | 0.50 | 287.50 |
| 08/25/09 | Draft Motion for Status Conference; formulate strategy for Reply in Support of Motion to Dismiss. | McIntosh, Scott | 1.30 | 617.50 |
| 08/26/09 | Drafting memorandum in support of motion for protective order. | Walls, Virginia A. | 10.80 | 3,844.80 |
| 08/27/09 | Review 30(b)(6) notice; plan motion for protective order. | Dienelt, John F. | 0.20 | 115.00 |
| 08/27/09 | Revise Motion for Protective Order. | McIntosh, Scott | 0.50 | 237.50 |
| 08/27/09 | Drafting motion for protective order. | Walls, Virginia A. | 5.00 | 1,780.00 |
| 08/28/09 | Revise motion for protective order; emails regarding same; conferences with S. McIntosh. | Dienelt, John F. | 0.70 | 402.50 |
| 08/28/09 | Drat Motion for Protective Order; coordinate filing; draft Reply in Support of Motion to Dismiss. | McIntosh, Scott | 4.90 | 2,327.50 |
| 08/28/09 | Communicate with Mr. McIntosh regarding local rules on protective orders; finalize and file motion for protective order and related documents. | Byrd, Ann M. | 0.70 | 276.50 |
| 08/30/09 | Draft Reply in Support of Motion to Dismiss Second Amended Complaint. | McIntosh, Scott | 7.20 | 3,420.00 |
| 08/30/09 | Research regarding Georgia RICO and contractual choice of law provision. | Walls, Virginia A. | 6.50 | 2,314.00 |
| 08/31/09 | Emails regarding reply brief on motion to dismiss. | Dienelt, John F. | 0.20 | 115.00 |
| 08/31/09 | Draft Reply in Support of Motion to Dismiss. | McIntosh, Scott | 7.50 | 3,562.50 |
| 08/31/09 | Correspondence from and to Mr. McIntosh; review pleadings related to Mr. Orgera; review files regarding same. | Wells, Gerald C. | 0.60 | 252.60 |
| 08/31/09 | Drafting sections for reply to opposition to motion to dismiss; research regarding case law cited by plaintiffs; research regarding choice of law provision. | Walls, Virginia A. | 9.30 | 3,310.80 |



| Date | Description | Timekeeper | Hours | Amount |
|------|-------------|------------|-------|--------|
| 09/01/09 | Revise reply to opposition to motion to dismiss; conference with S. McIntosh | Dienelt, John F. | 1.30 | 747.50 |
| 09/01/09 | Revise Reply in Support of Motion to Dismiss. | McIntosh, Scott | 3.30 | 1,567.50 |
| 09/01/09 | Research re: choice of law argument and ability to argue in the course of litigation; revisions to reply brief for motion to dismiss. | Walls, Virginia A. | 5.80 | 2,064.80 |
| 09/02/09 | Revise reply to opposition to motion to dismiss; conference with S. McIntosh | Dienelt, John F. | 0.30 | 172.50 |
| 09/02/09 | Revise Reply brief in Support of Motion to Dismiss; prepare for filing. | McIntosh, Scott | 4.20 | 1,995.00 |
| 09/03/09 | Finalize and file reply in support of motion to dismiss and related documents. | Byrd, Ann M. | 0.70 | 276.50 |
| | **Total Fees** | | **71.50** | **$29,687.50** |

| | | |
|---|---|---|
| | Less 15% Discount | (4,453.13) |
| | Total Fees this Invoice | $25,234.37 |

## Timekeeper Summary

| Timekeeper | Title | Hours | Rate | Amount |
|------------|-------|-------|------|--------|
| Dienelt, John F. | Partner | 3.20 | 575.00 | 1,840.00 |
| McIntosh, Scott | Partner | 28.90 | 475.00 | 13,727.50 |
| Wells, Gerald C. | Partner | 0.60 | 421.00 | 252.60 |
| Byrd, Ann M. | Associate | 1.40 | 395.00 | 553.00 |
| Walls, Virginia A. | Associate | 37.40 | 356.00 | 13,314.40 |
| Totals | | **71.50** | | **29,687.50** |



Disbursements:

| Date | Description | Amount |
|------|-------------|--------|
| 08/24/09 | Westlaw Charges | 1,719.77 |
| 08/26/09 | Westlaw Charges | 137.33 |
| 08/27/09 | Westlaw Charges | 666.85 |
| 08/30/09 | Westlaw Charges | 420.82 |
| 08/30/09 | Westlaw Charges | 1,102.21 |
| 08/31/09 | Westlaw Charges | 29.25 |
| 08/31/09 | Westlaw Charges | 881.69 |

|  |  |  |
|--|--|--|
| | Total Disbursements | $4,957.92 |

| | Total Current Charges | $        30,192.29 |



R. Greenstein

September 4, 2009

## REMITTANCE ADVICE

| | | |
|---|---|---|
| Current Fees | $ | 25,234.37 |
| Current Disbursements | $ | 4,957.92 |
| Total This Invoice | $ | 30,192.29 |

*INVOICE IS DUE AND PAYABLE UPON RECEIPT*
*PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE*

Please send remittance to:   DLA Piper LLP (US)
                             P. O. Box 64029
                             Baltimore, MD 21264-4029

Or wire remittance to:       M&T Bank                          *To ensure proper credit, please indicate the*
                             25 South Charles Street, 18th Floor   *invoice number you are paying on the wire*
                             Baltimore, MD 21201
                             Account Name:
                             DLA Piper LLP (US) Operating Account
                             Account #: 074-8148-5
                             ABA Transit #: 022000046
                             Swift Code: MANTUS33INT

Law Firm Tax Identification Number:   52-0616490



DLA Piper LLP (US)
1201 West Peachtree Street
Suite 2800
Atlanta, GA 30309-3450
T 404-736-7800
F 404-682-7800
W www.dlapiper.com

PRIVILEGED AND CONFIDENTIAL

MOE'S SOUTHWEST GRILL, L.L.C.                    September 18, 2009
Raving Brands
1801 Peachtree St., N.E.                            R. Greenstein
Suite 160                                  Matter # 312884-000013
Atlanta, GA 30309                             Invoice # 2358572

*For Professional Services Through September 18, 2009:*

*Client:* **MOE'S SOUTHWEST GRILL, L.L.C.**
*Matter:* **Massey Litigation**

| | | |
|---|---|---|
| Fees | $ | 1,188.40 |
| Less 15% Discount | $ | (178.26) |
| Current Fees | $ | 1,010.14 |
| Current Disbursements | $ | 1,483.22 |
| Total This Invoice | $ | 2,493.36 |

Please send remittance to:          DLA Piper LLP (US)
                                     P. O. Box 64029
                                     Baltimore, MD 21264-4029

Or wire remittance to:               M&T Bank                              *To ensure proper credit, please indicate the*
                                     25 South Charles Street, 18th Floor   *invoice number you are paying on the wire*
                                     Baltimore, MD 21201
                                     Account Name: DLA Piper LLP (US) Operating Account
                                     Account #: 074-8148-5
                                     ABA Transit #: 022000046
                                     Swift Code: MANTUS33INT
Law Firm Tax Identification Number:  52-0616490



Fees:

| Date | Description | Timekeeper | Hours | Amount |
|------|-------------|------------|-------|--------|
| 08/31/09 | Emails regarding reply brief on motion to dismiss. | Dienelt, John F. | 0.20 | 115.00 |
| 09/07/09 | Draft letter to R. Roller regarding revised 30(b)(6) notice. | McIntosh, Scott | 0.40 | 190.00 |
| 09/08/09 | Review correspondence regarding 30(b)(6) deposition | Dienelt, John F. | 0.10 | 57.50 |
| 09/08/09 | Send letter to B. Roller regarding Second Deposition Notice. | McIntosh, Scott | 0.20 | 95.00 |
| 09/10/09 | Review files, materials and correspondence related to the Orgeras and the closing of the Orgeras' restaurant; transmit same to Mr. McIntosh; | Wells, Gerald C. | 0.90 | 378.90 |
| 09/14/09 | Review order on motion for stay; review motion for reconsideration; emails regarding same | Dienelt, John F. | 0.20 | 115.00 |
| 09/14/09 | Receive and read plaintiffs' motion for reconsideration and proposed response to the motion for protective order; communicate with Mr. McIntosh regarding a response to the same and related deadlines. | Byrd, Ann M. | 0.60 | 237.00 |
| | **Total Fees** | | **2.60** | **$1,188.40** |

| | | |
|---|---|---|
| | **Less 15% Discount** | **(178.26)** |
| | **Total Fees this Invoice** | **$1,010.14** |



## Timekeeper Summary

| Timekeeper | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Dienelt, John F. | Partner | 0.50 | 575.00 | 287.50 |
| McIntosh, Scott | Partner | 0.60 | 475.00 | 285.00 |
| Wells, Gerald C. | Partner | 0.90 | 421.00 | 378.90 |
| Byrd, Ann M. | Associate | 0.60 | 395.00 | 237.00 |
| Totals | | 2.60 | | 1,188.40 |

**Disbursements:**

| Date | Description | Amount |
|---|---|---|
| 08/17/09 | Delivery Services -VENDOR: UNITED PARCEL SERVICE  * FROM: Chere Jones TO: Lewis K. Loss//Thompso n, Loss & Judge LLP//Two Lafayette Centre//WASHI NGTON//DC | 5.80 |
| 09/01/09 | Westlaw Charges | 705.76 |
| 09/02/09 | Westlaw Charges | 570.92 |
| 09/08/09 | Westlaw Charges | 195.94 |
| | Duplicating | 4.80 |

Total Disbursements                                      $1,483.22

Total Current Charges          $          2,493.36



## REMITTANCE ADVICE

| | | |
|---|---|---|
| Current Fees | $ | 1,010.14 |
| Current Disbursements | $ | 1,483.22 |
| Total This Invoice | $ | 2,493.36 |

*INVOICE IS DUE AND PAYABLE UPON RECEIPT*
*PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE*

Please send remittance to:        DLA Piper LLP (US)
                                  P. O. Box 64029
                                  Baltimore, MD 21264-4029

Or wire remittance to:            M&T Bank                               *To ensure proper credit, please indicate the*
                                  25 South Charles Street, 18th Floor    *invoice number you are paying on the wire*
                                  Baltimore, MD 21201
                                  Account Name:
                                  DLA Piper LLP (US) Operating Account
                                  Account #: 074-8148-5
                                  ABA Transit #: 022000046
                                  Swift Code: MANTUS33INT
Law Firm Tax Identification Number: 52-0616490



DLA Piper LLP (US)
1201 West Peachtree Street
Suite 2800
Atlanta, GA 30309-3450
T 404-736-7800
F 404-682-7800
W www.dlapiper.com

PRIVILEGED AND CONFIDENTIAL

MOE'S SOUTHWEST GRILL, L.L.C.
Raving Brands
1801 Peachtree St., N.E.
Suite 160
Atlanta, GA 30309

October 6, 2009

R. Greenstein
Matter # 312884-000013
Invoice # 2363595

*For Professional Services Through October 2nd, 2009:*

*Client:* **MOE'S SOUTHWEST GRILL, L.L.C.**
*Matter:* **Massey Litigation**

| | | |
|---|---|---|
| Fees | $ | 9,011.20 |
| Less 15% Discount | $ | (1,351.68) |
| Current Fees | $ | 7,659.52 |
| Current Disbursements | $ | 615.63 |
| Total This Invoice | $ | 8,275.15 |

Please send remittance to:    DLA Piper LLP (US)
                              P. O. Box 64029
                              Baltimore, MD 21264-4029

Or wire remittance to:        M&T Bank                                *To ensure proper credit, please indicate the*
                              25 South Charles Street, 18th Floor     *invoice number you are paying on the wire*
                              Baltimore, MD 21201
                              Account Name: DLA Piper LLP (US) Operating Account
                              Account #: 074-8148-5
                              ABA Transit #: 022000046
                              Swift Code: MANTUS33INT
Law Firm Tax Identification Number:    52-0616490

DLA PIPER

Fees:

| Date | Description | Timekeeper | Hours | Amount |
|------|-------------|------------|-------|--------|
| 08/24/09 | Review of 30(b)(6) notice and related correspondence; research regarding ████████ ; research regarding ability of corporation to designate 30(b)(6) witness. | Walls, Virginia A. | 7.40 | 2,634.40 |
| 09/21/09 | Drafting opposition to motion for reconsideration; research regarding motions for reconsideration. | Walls, Virginia A. | 4.80 | 1,708.80 |
| 09/22/09 | Review and revise Opposition to Motion for Reconsideration. | McIntosh, Scott | 1.00 | 475.00 |
| 09/23/09 | Drafting opposition to motion for reconsideration; email correspondence to S. McIntosh regarding draft motion. | Walls, Virginia A. | 4.90 | 1,744.40 |
| 09/24/09 | Revisions to draft opposition; research regarding motions for reconsideration. | Walls, Virginia A. | 3.80 | 1,352.80 |
| 09/27/09 | Review and revise Opposition to Motion for Reconsideration. | McIntosh, Scott | 0.80 | 380.00 |
| 09/28/09 | Read and revise opposition to motion for reconsideration. | Byrd, Ann M. | 0.40 | 158.00 |
| 09/28/09 | Review of draft opposition to motion for reconsideration and prepared opposition for filing. | Walls, Virginia A. | 0.80 | 284.80 |
| 09/29/09 | Review opposition to motion to reconsider ruling on discovery; emails regarding scheduling conference. | Dienelt, John F. | 0.20 | 115.00 |
| 09/29/09 | Finalize and file opposition to motion for reconsideration; confer with Judge Story's chambers regarding request for status conference and communicate with Msrs. Dienelt and McIntosh regarding same. | Byrd, Ann M. | 0.40 | 158.00 |
| | **Total Fees** | | **24.50** | **$9,011.20** |

Less 15% Discount                                                                    (1,351.68)



Total Fees this Invoice $7,659.52

## Timekeeper Summary

| Timekeeper | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Dienelt, John F. | Partner | 0.20 | 575.00 | 115.00 |
| McIntosh, Scott | Partner | 1.80 | 475.00 | 855.00 |
| Byrd, Ann M. | Associate | 0.80 | 395.00 | 316.00 |
| Walls, Virginia A. | Associate | 21.70 | 356.00 | 7,725.20 |
| Totals | | 24.50 | | 9,011.20 |

Disbursements:

| Date | Description | Amount |
|---|---|---|
| 09/21/09 | Westlaw Charges | 58.25 |
| 09/22/09 | Westlaw Charges | 201.97 |
| 09/22/09 | Delivery Services - VENDOR: COURIERNET, INC. TO RAVING BRANDS 8/6/09 | 16.20 |
| 09/23/09 | Westlaw Charges | 137.33 |
| 09/24/09 | Westlaw Charges | 166.27 |
| 09/28/09 | Westlaw Charges | 35.61 |

Total Disbursements $615.63

Total Current Charges $ 8,275.15



R. Greenstein

October 6, 2009

## REMITTANCE ADVICE

| | | |
|---|---|---|
| Current Fees | $ | 7,659.52 |
| Current Disbursements | $ | 615.63 |
| Total This Invoice | $ | 8,275.15 |

*INVOICE IS DUE AND PAYABLE UPON RECEIPT*
*PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE*

Please send remittance to:   DLA Piper LLP (US)
P. O. Box 64029
Baltimore, MD 21264-4029

Or wire remittance to:       M&T Bank                              *To ensure proper credit, please indicate the*
25 South Charles Street, 18th Floor        *invoice number you are paying on the wire*
Baltimore, MD 21201
Account Name:
DLA Piper LLP (US) Operating Account
Account #: 074-8148-5
ABA Transit #: 022000046
Swift Code: MANTUS33INT

Law Firm Tax Identification Number:   52-0616490



DLA Piper LLP (US)
1201 West Peachtree Street
Suite 2800
Atlanta, GA 30309-3450
T 404-736-7800
F 404-682-7800
W www.dlapiper.com

PRIVILEGED AND CONFIDENTIAL

MOE'S SOUTHWEST GRILL, L.L.C.                                        October 16, 2009
Raving Brands
1801 Peachtree St., N.E.                                                     R. Greenstein
Suite 160                                                        Matter # 312884-000013
Atlanta, GA 30309                                                    Invoice # 2370055

*For Professional Services Through October 16, 2009:*

*Client:*   ***MOE'S SOUTHWEST GRILL, L.L.C.***
*Matter:*  ***Massey Litigation***

| | | |
|---|---|---|
| Current Fees | $ | 345.00 |
| Current Disbursements | $ | 0.00 |
| Total This Invoice | $ | 345.00 |

Please send remittance to:        DLA Piper LLP (US)
                                  P. O. Box 64029
                                  Baltimore, MD 21264-4029

Or wire remittance to:            M&T Bank                                    *To ensure proper credit, please indicate the*
                                  25 South Charles Street, 18th Floor         *invoice number you are paying on the wire*
                                  Baltimore, MD 21201
                                  Account Name: DLA Piper LLP (US) Operating Account
                                  Account #: 074-8148-5
                                  ABA Transit #: 022000046
                                  Swift Code: MANTUS33INT

Law Firm Tax Identification Number:   52-0616490



R. Greenstein
Matter # 312884-000013         Page: 2
Invoice # 2370055         October 16, 2009

**Fees:**

| Date | Description | Timekeeper | Hours | Amount |
|------|-------------|------------|-------|--------|
| 10/05/09 | Emails regarding status conference | Dienelt, John F. | 0.10 | 57.50 |
| 10/09/09 | Review reply to response to motion for reconsideration | Dienelt, John F. | 0.20 | 115.00 |
| 10/12/09 | Telephone call with R. Seydel; consider issues for status hearing | Dienelt, John F. | 0.30 | 172.50 |
| | **Total Fees** | | **0.60** | **$345.00** |

## Timekeeper Summary

| Timekeeper | Title | Hours | Rate | Amount |
|------------|-------|-------|------|--------|
| Dienelt, John F. | Partner | 0.60 | 575.00 | 345.00 |
| | Totals | 0.60 | | 345.00 |

| | | |
|---|---|---|
| **Total Current Charges** | **$** | **345.00** |



## REMITTANCE ADVICE

| | | |
|---|---|---|
| Current Fees | $ | 345.00 |
| Current Disbursements | $ | 0.00 |
| Total This Invoice | $ | 345.00 |

*INVOICE IS DUE AND PAYABLE UPON RECEIPT*
*PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE*

Please send remittance to:
DLA Piper LLP (US)
P. O. Box 64029
Baltimore, MD 21264-4029

Or wire remittance to:
M&T Bank
25 South Charles Street, 18th Floor
Baltimore, MD 21201
Account Name:
DLA Piper LLP (US) Operating Account
Account #: 074-8148-5
ABA Transit #: 022000046
Swift Code: MANTUS33INT

*To ensure proper credit, please indicate the*
*invoice number you are paying on the wire*

Law Firm Tax Identification Number:    52-0616490



DLA Piper LLP (US)
1201 West Peachtree Street
Suite 2800
Atlanta, GA 30309-3450
T 404-736-7800
F 404-682-7800
W www.dlapiper.com

PRIVILEGED AND CONFIDENTIAL

MOE'S SOUTHWEST GRILL, L.L.C.
Raving Brands
1801 Peachtree St., N.E.
Suite 160
Atlanta, GA 30309

October 31, 2009

R. Greenstein
Matter # 312884-000013
Invoice # 2373762

*For Professional Services From **October 17, 2009** Through **October 30, 2009***:

*Client:* **MOE'S SOUTHWEST GRILL, L.L.C.**
*Matter:* **Massey Litigation**

| | | |
|---|---|---|
| Fees | $ | 5,065.70 |
| Less 15% Discount | $ | (759.86) |
| Current Fees | $ | 4,305.84 |
| Current Disbursements | $ | 47.04 |
| Total This Invoice | $ | 4,352.88 |

Please send remittance to:     DLA Piper LLP (US)
                                P. O. Box 64029
                                Baltimore, MD 21264-4029

Or wire remittance to:          M&T Bank                                    *To ensure proper credit, please indicate the*
                                25 South Charles Street, 18th Floor          *invoice number you are paying on the wire*
                                Baltimore, MD 21201
                                Account Name: DLA Piper LLP (US) Operating Account
                                Account #: 074-8148-5
                                ABA Transit #: 022000046
                                Swift Code: MANTUS33INT
Law Firm Tax Identification Number:   52-0616490



Fees:

| Date | Description | Timekeeper | Hours | Amount |
|------|-------------|------------|-------|--------|
| 05/21/09 | Review of amended complaint; research regarding state unfair and deceptive trade practices acts; review of case law | Walls, Virginia A. | 5.20 | 1,851.20 |
| 10/19/09 | Emails regarding status conference; voicemail regarding same from M. Sprock; consider staffing for conference | Dienelt, John F. | 0.30 | 172.50 |
| 10/20/09 | Telephone call with M. Sprock; consider strategy | Dienelt, John F. | 0.40 | 230.00 |
| 10/22/09 | Arrangements for 10/29 status hearing; emails regarding same | Dienelt, John F. | 0.20 | 115.00 |
| 10/27/09 | Telephone call with D. Dollinger; prepare for status hearing | Dienelt, John F. | 1.30 | 747.50 |
| 10/28/09 | Prepare for status-conference; emails regarding same; conference with S. McIntosh | Dienelt, John F. | 0.70 | 402.50 |
| 10/28/09 | Prepare for status conference with Court. | McIntosh, Scott | 0.40 | 190.00 |
| 10/29/09 | Prepare for status conference; emails regarding same, cancellation | Dienelt, John F. | 1.50 | 862.50 |
| 10/29/09 | Review motion to dismiss, response and reply and motion for protective order in preparation for case status conference with Judge Story. | Byrd, Ann M. | 0.60 | 237.00 |
| 10/30/09 | Review Court's order on motion to dismiss | Dienelt, John F. | 0.20 | 115.00 |
| 10/30/09 | Review and summarize Order regarding discovery and status conference. | McIntosh, Scott | 0.30 | 142.50 |

|  | **Total Fees** | **11.10** | **$5,065.70** |
|---|---|---|---|

**Less 15% Discount** (759.86)

**Total Fees this Invoice** $4,305.84



## Timekeeper Summary

| Timekeeper | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Dienelt, John F. | Partner | 4.60 | 575.00 | 2,645.00 |
| McIntosh, Scott | Partner | 0.70 | 475.00 | 332.50 |
| Byrd, Ann M. | Associate | 0.60 | 395.00 | 237.00 |
| Walls, Virginia A. | Associate | 5.20 | 356.00 | 1,851.20 |
| | Totals | 11.10 | | 5,065.70 |

**Disbursements:**

| Date | Description | Amount |
|---|---|---|
| 10/27/09 | Public Access Search - VENDOR: PACER SERVICE CENTER PACER SERVICE CENTER- PACER QUARTERLY CHARGES 07/01/09-09/30/09 | 2.72 |
| 10/27/09 | Public Access Search - VENDOR: PACER SERVICE CENTER PACER SERVICE CENTER-PACER SERVICE CENTER- PACER QUARTERLY CHARGES 07/01/09-09/30/09 | 7.44 |
| 10/27/09 | Public Access Search - VENDOR: PACER SERVICE CENTER PACER SERVICE CENTER-PACER SERVICE CENTER- PACER QUARTERLY CHARGES 07/01/09-09/30/09 | 1.44 |
| 10/27/09 | Public Access Search - VENDOR: PACER SERVICE CENTER PACER SERVICE CENTER-PACER SERVICE CENTER- PACER QUARTERLY CHARGES 07/01/09-09/30/09 | 11.44 |
| | Duplicating | 24.00 |

**Total Disbursements**      **$47.04**

**Total Current Charges**      **$      4,352.88**



R. Greenstein

October 31, 2009

# REMITTANCE ADVICE

| | | |
|---|---|---|
| Current Fees | $ | 4,305.84 |
| Current Disbursements | $ | 47.04 |
| Total This Invoice | $ | 4,352.88 |

*INVOICE IS DUE AND PAYABLE UPON RECEIPT*
*PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE*

Please send remittance to:    DLA Piper LLP (US)
P. O. Box 64029
Baltimore, MD 21264-4029

Or wire remittance to:    M&T Bank                    *To ensure proper credit, please indicate the*
25 South Charles Street, 18th Floor    *invoice number you are paying on the wire*
Baltimore, MD 21201
Account Name:
DLA Piper LLP (US) Operating Account
Account #: 074-8148-5
ABA Transit #: 022000046
Swift Code: MANTUS33INT

Law Firm Tax Identification Number:    52-0616490



DLA Piper LLP (US)
1201 West Peachtree Street
Suite 2800
Atlanta, GA 30309-3450
T 404-736-7800
F 404-682-7800
W www.dlapiper.com

PRIVILEGED AND CONFIDENTIAL

MOE'S SOUTHWEST GRILL, L.L.C.                                    November 13, 2009
Raving Brands
1801 Peachtree St., N.E.                                              R. Greenstein
Suite 160                                                  Matter # 312884-000013
Atlanta, GA  30309                                             Invoice # 2384043

---

*For Professional Services Through **November 13, 2009**:*

*Client:*  **MOE'S SOUTHWEST GRILL, L.L.C.**
*Matter:*  **Massey Litigation**

| | | |
|---|---|---:|
| Fees | $ | 556.60 |
| Less 15% Discount | $ | (83.49) |
| Current Fees | $ | 473.11 |
| Current Disbursements | $ | 0.00 |
| Total This Invoice | $ | 473.11 |

---

Please send remittance to:        DLA Piper LLP (US)
                                  P. O. Box 64029
                                  Baltimore, MD 21264-4029

Or wire remittance to:            M&T Bank                          *To ensure proper credit, please indicate the*
                                  25 South Charles Street, 18th Floor   *invoice number you are paying on the wire*
                                  Baltimore, MD 21201
                                  Account Name: DLA Piper LLP (US) Operating Account
                                  Account #: 074-8148-5
                                  ABA Transit #: 022000046
                                  Swift Code: MANTUS33INT
Law Firm Tax Identification Number:  52-0616490



**Fees:**

| Date | Description | Timekeeper | Hours | Amount |
|------|-------------|------------|-------|--------|
| 10/21/09 | Telephone call with Mr. Dollinger regarding counterclaims. | Greenstein, Richard G. | 0.30 | 150.60 |
| 10/30/09 | Receive and read order on motion for reconsideration and motion to stay; communicate with S. McIntosh regarding same. | Byrd, Ann M. | 0.30 | 118.50 |
| 11/03/09 | Telephone call with D. Hughes; emails regarding status | Dienelt, John F. | 0.20 | 115.00 |
| 11/04/09 | Review correspondence with counsel for carrier | Dienelt, John F. | 0.30 | 172.50 |
| | **Total Fees** | | **1.10** | **$556.60** |

| | | |
|---|---|---|
| **Less 15% Discount** | | **(83.49)** |
| **Total Fees this Invoice** | | **$473.11** |

**Timekeeper Summary**

| Timekeeper | Title | Hours | Rate | Amount |
|------------|-------|-------|------|--------|
| Dienelt, John F. | Partner | 0.50 | 575.00 | 287.50 |
| Greenstein, Richard G. | Partner | 0.30 | 502.00 | 150.60 |
| Byrd, Ann M. | Associate | 0.30 | 395.00 | 118.50 |
| Totals | | 1.10 | | 556.60 |

| | | |
|---|---|---|
| **Total Current Charges** | **$** | **473.11** |



DLA PIPER

# REMITTANCE ADVICE

| | | |
|---|---|---|
| Current Fees | $ | 473.11 |
| Current Disbursements | $ | 0.00 |
| Total This Invoice | $ | 473.11 |

*INVOICE IS DUE AND PAYABLE UPON RECEIPT*
*PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE*

Please send remittance to:  DLA Piper LLP (US)
P. O. Box 64029
Baltimore, MD 21264-4029

Or wire remittance to:  M&T Bank                               *To ensure proper credit, please indicate the*
25 South Charles Street, 18th Floor     *invoice number you are paying on the wire*
Baltimore, MD 21201
Account Name:
DLA Piper LLP (US) Operating Account
Account #: 074-8148-5
ABA Transit #: 022000046
Swift Code: MANTUS33INT

Law Firm Tax Identification Number:  52-0616490



DLA Piper LLP (US)
1201 West Peachtree Street
Suite 2800
Atlanta, GA 30309-3450
T 404-736-7800
F 404-682-7800
W www.dlapiper.com

PRIVILEGED AND CONFIDENTIAL

MOE'S SOUTHWEST GRILL, L.L.C.
Raving Brands
1801 Peachtree St., N.E.
Suite 160
Atlanta, GA 30309

January 29, 2010

R. Greenstein
Matter # 312884-000013
Invoice # 2405859

---

*For Professional Services Through December 31, 2009:*

*Client:* **MOE'S SOUTHWEST GRILL, L.L.C.**
*Matter:* **Massey Litigation**

| | | |
|---|---|---:|
| Fees | $ | 11,524.20 |
| Less 15% Discount | $ | (1,728.63) |
| Current Fees | $ | 9,795.57 |
| Current Disbursements | $ | 0.75 |
| Total This Invoice | $ | 9,796.32 |

---

Please send remittance to:

DLA Piper LLP (US)
P. O. Box 64029
Baltimore, MD 21264-4029

Or wire remittance to:

M&T Bank
25 South Charles Street, 18th Floor
Baltimore, MD 21201
Account Name: DLA Piper LLP (US) Operating Account
Account #: 074-8148-5
ABA Transit #: 022000046
Swift Code: MANTUS33INT

*To ensure proper credit, please indicate the
invoice number you are paying on the wire*

Law Firm Tax Identification Number:    52-0616490



Fees:

| Date | Description | Timekeeper | Hours | Amount |
|------|-------------|------------|-------|--------|
| 12/22/09 | Review opinion on motion to dismiss; consider next steps; emails regarding same; conference with S. McIntosh. | Dienelt, John F. | 0.80 | 460.00 |
| 12/28/09 | Review draft answer; emails regarding same. | Dienelt, John F. | 1.00 | 575.00 |
| 12/28/09 | Draft Answer to Second Amended Complaint and Restated Counterclaims and Third Party Claims. | McIntosh, Scott | 4.90 | 2,327.50 |
| 12/28/09 | Correspondence from Mr. McIntosh; review order; | Wells, Gerald C. | 0.60 | 252.60 |
| 12/29/09 | Revise draft answer, counterclaim; emails regarding same; conference with S. McIntosh. | Dienelt, John F. | 1.50 | 862.50 |
| 12/29/09 | Draft Answer to Second Amended Complaint and Restated Counterclaims and Third Party Claims. | McIntosh, Scott | 5.00 | 2,375.00 |
| 12/29/09 | Multiple correspondence from and to Mr. McIntosh; correspondence to and from Ms. Saferstein; review Complaint and draft answer; conference with Ms. Saferstein; correspondence to Mr. Dollinger and Ms. Phinney; correspondence from Mr. Dollinger; conference call with Mr. McIntosh; review electronic files and paper files; review file; review summaries and charts. | Wells, Gerald C. | 3.80 | 1,599.80 |
| 12/29/09 | Search for information on Moe's Bros, LLC; conference with Mr. Wells regarding same. | Saferstein, Rebecca | 0.50 | 107.50 |
| 12/29/09 | Receive request via e-mail in regards to providing copies of discovery discs to attorney Scott McIntosh as he will review for documents material to case; assemble all discs that have been provided by attorney Sandra Gray and burn copies of discs as well as produce copies of cover letters for disc identification; scan several document indices and provide to Mr. McIntosh via e-mail; coordinate overnight delivery of all data to Mr. McIntosh. | Edgar, Jennifer A. | 1.60 | 313.60 |
| 12/30/09 | Revise answer and counterclaim; emails regarding same; conference with S. McIntosh. | Dienelt, John F. | 1.00 | 575.00 |



| Date | Description | Timekeeper | Hours | Amount |
|---|---|---|---|---|
| 12/30/09 | Draft and Revise Answer to Second Amended Complaint and Counterclaim and Third Party Complaint. | McIntosh, Scott | 1.00 | 475.00 |
| 12/30/09 | Multiple correspondence to and from Mr. McIntosh; review electronic and paper files; correspondence to and from Ms. Saferstein; review file; review charts prepared for sale of system; review answer; correspondence to and from Mr. Dollinger; correspondence from and to Mr. Barnes. | Wells, Gerald C. | 3.70 | 1,557.70 |
| 12/30/09 | Search for Franchise Agreement for store number 145; conference with Mr. Wells regarding same. | Saferstein, Rebecca | 0.20 | 43.00 |

| | | Total Fees | 25.60 | $11,524.20 |
|---|---|---|---|---|

| | Less 15% Discount | (1,728.63) |
|---|---|---|
| | Total Fees this Invoice | $9,795.57 |

### Timekeeper Summary

| Timekeeper | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Dienelt, John F. | Partner | 4.30 | 575.00 | 2,472.50 |
| McIntosh, Scott | Partner | 10.90 | 475.00 | 5,177.50 |
| Wells, Gerald C. | Partner | 8.10 | 421.00 | 3,410.10 |
| Saferstein, Rebecca | Paralegal | 0.70 | 215.00 | 150.50 |
| Edgar, Jennifer A. | Paralegal | 1.60 | 196.00 | 313.60 |
| Totals | | 25.60 | | 11,524.20 |



**Disbursements:**

| Date | Description | Amount |
|------|-------------|--------|
|      | Duplicating | 0.75   |

**Total Disbursements**     **$0.75**

**Total Current Charges**     $     9,796.32



R. Greenstein

January 29, 2010

# REMITTANCE ADVICE

| | | |
|---|---|---|
| Current Fees | $ | 9,795.57 |
| Current Disbursements | $ | 0.75 |
| Total This Invoice | $ | 9,796.32 |

*INVOICE IS DUE AND PAYABLE UPON RECEIPT*
*PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE*

Please send remittance to:  DLA Piper LLP (US)
P. O. Box 64029
Baltimore, MD 21264-4029

Or wire remittance to:  M&T Bank
25 South Charles Street, 18th Floor
Baltimore, MD 21201
Account Name:
DLA Piper LLP (US) Operating Account
Account #: 074-8148-5
ABA Transit #: 022000046
Swift Code: MANTUS33INT

*To ensure proper credit, please indicate the*
*invoice number you are paying on the wire*

Law Firm Tax Identification Number:  52-0616490



DLA Piper LLP (US)
1201 West Peachtree Street
Suite 2800
Atlanta, GA 30309-3450
T 404-736-7800
F 404-682-7800
W www.dlapiper.com

PRIVILEGED AND CONFIDENTIAL

MOE'S SOUTHWEST GRILL, L.L.C.
Raving Brands
1801 Peachtree St., N.E.
Suite 160
Atlanta, GA 30309

April 30, 2010

R. Greenstein
Matter # 312884-000013
Invoice # 2438372

*For Professional Services Through **January 31, 2010**:*

*Client:* **MOE'S SOUTHWEST GRILL, L.L.C.**
*Matter:* **Massey Litigation**

| | | |
|---|---|---:|
| Current Fees | $ | 27,058.70 |
| Current Disbursements | $ | 73.53 |
| Total This Invoice | $ | 27,132.23 |

Please send remittance to:

DLA Piper LLP (US)
P. O. Box 64029
Baltimore, MD 21264-4029

Or wire remittance to:

M&T Bank
25 South Charles Street, 18th Floor
Baltimore, MD 21201
Account Name: DLA Piper LLP (US) Operating Account
Account #: 074-8148-5
ABA Transit #: 022000046
Swift Code: MANTUS33INT

*To ensure proper credit, please indicate the
invoice number you are paying on the wire*

Law Firm Tax Identification Number:      52-0616490



Fees:

| Date | Description | Timekeeper | Hours | Amount |
|---|---|---|---|---|
| 01/04/10 | Review draft answer, counterclaim, third-party claim; prepare for scheduling conference; emails regarding same; conference with S. McIntosh. | Dienelt, John F. | 2.50 | 1,375.00 |
| 01/04/10 | Revise Answer to Second Amended Complaint and Counterclaim and Third Party Claim; finalize brief and coordinate filing; review documents produced by plaintiffs in original action to formulate discovery plan and strategy. | McIntosh, Scott | 4.80 | 2,160.00 |
| 01/05/10 | Conference call with R. Einhorn, B. Casey, et. al. regarding scheduling; review pleadings; conference with S. McIntosh. | Dienelt, John F. | 2.00 | 1,100.00 |
| 01/05/10 | Review discovery materials; prepare for conference regarding scheduling order; conference with R. Einhorn, B. Roller, R. Casey, C. Huffines and J. Dienelt regarding scheduling order and discovery issues. | McIntosh, Scott | 7.40 | 3,330.00 |
| 01/05/10 | Call with Mr. McIntosh; review files regarding SOS Foodservice; transmit materials to Mr. McIntosh. | Wells, Gerald C. | 0.90 | 391.50 |
| 01/06/10 | Review documents; prepare for Rule 26 conference with plaintiffs' counsel. | Dienelt, John F. | 1.00 | 550.00 |
| 01/07/10 | Consider Rule 26 issues; conference with S. McIntosh. | Dienelt, John F. | 0.70 | 385.00 |
| 01/07/10 | Conference with J. Barnes regarding ESI; conference with D. Dollinger regarding supply issues, deposition, and discovery issues; review initial disclosures; review documents; formulate discovery plan. | McIntosh, Scott | 5.20 | 2,340.00 |
| 01/07/10 | Confer with Mr. McIntosh regarding initial disclosures and discovery plan; consider information regarding historical discovery decisions. | Byrd, Ann M. | 0.40 | 172.40 |
| 01/08/10 | Review draft scheduling order, Rule 26 disclosure; consider strategy; emails regarding same. | Dienelt, John F. | 2.50 | 1,375.00 |


DLA PIPER

| Date | Description | Timekeeper | Hours | Amount |
|------|-------------|------------|-------|--------|
| 01/11/10 | Conference call with opposing counsel, S. McIntosh; consider Rule 26, ESI, scheduling issues; conferences with S. McIntosh. | Dienelt, John F. | 2.50 | 1,375.00 |
| 01/11/10 | Review discovery production; review and revise scheduling order; conference with R. Einhorn, B. Roller, C. Huffines and J. Dienelt regarding scheduling order. | McIntosh, Scott | 4.00 | 1,800.00 |
| 01/12/10 | Revise proposed scheduling order; consider discovery issues; conference with S. McIntosh. | Dienelt, John F. | 1.50 | 825.00 |
| 01/13/10 | Revise proposed scheduling order; conference with Jared Barnes regarding ESI. | McIntosh, Scott | 1.20 | 540.00 |
| 01/15/10 | Review draft scheduling order; emails regarding same. | Dienelt, John F. | 0.30 | 165.00 |
| 01/20/10 | Prepare and review disclosures; review correspondence regarding 30(b)(6) deposition; emails regarding same; conference with S. McIntosh. | Dienelt, John F. | 1.50 | 825.00 |
| 01/20/10 | Drafted Amended Initial Disclosures. | McIntosh, Scott | 1.90 | 855.00 |
| 01/21/10 | Consider 30(b)(6); emails regarding same; conference with S. McIntosh. | Dienelt, John F. | 2.00 | 1,100.00 |
| 01/21/10 | Revise Amended Initial Disclosures; conference with D. Dollinger regarding disclosures and supply issues; conference with S. Salzman regarding potential deposition. | McIntosh, Scott | 2.00 | 900.00 |
| 01/22/10 | Review plaintiffs; initial disclosures; emails regarding same. | Dienelt, John F. | 1.00 | 550.00 |
| 01/22/10 | Revise Amended Initial Disclosures; coordinate filing; review Plaintiffs' Amended Initial Disclosures. | McIntosh, Scott | 0.80 | 360.00 |
| 01/22/10 | Finalize and serve defendants' amended initial disclosures; prepare and file Rule 26.3 certificate. | Byrd, Ann M. | 0.80 | 344.80 |
| 01/25/10 | Review documents produced by Rounding Third; prepare discovery strategy. | McIntosh, Scott | 2.20 | 990.00 |
| 01/26/10 | Consider 30(b)(6) issues, deposition planning. | Dienelt, John F. | 1.00 | 550.00 |
| 01/26/10 | Research regarding corporate designee depositions and designation of former | McIntosh, Scott | 1.80 | 810.00 |



| Date | Description | Timekeeper | Hours | Amount |
|------|-------------|------------|-------|--------|
| | employees as a representative. | | | |
| 01/27/10 | Review 30(6)(b) notice; draft and send letter to B. Roller with proposal regarding deposition. | McIntosh, Scott | 1.20 | 540.00 |
| 01/28/10 | Review discovery; formulate deposition strategy. | McIntosh, Scott | 1.50 | 675.00 |
| 01/29/10 | Review deposition transcript of T. LaGratta. | McIntosh, Scott | 1.50 | 675.00 |
| | **Total Fees** | | **56.10** | **$27,058.70** |

## Timekeeper Summary

| Timekeeper | Title | Hours | Rate | Amount |
|------------|-------|-------|------|--------|
| Dienelt, John F. | Partner | 18.50 | 550.00 | 10,175.00 |
| McIntosh, Scott | Partner | 35.50 | 450.00 | 15,975.00 |
| Wells, Gerald C. | Partner | 0.90 | 435.00 | 391.50 |
| Byrd, Ann M. | Associate | 1.20 | 431.00 | 517.20 |
| Totals | | **56.10** | | **27,058.70** |

**Disbursements:**

| Date | Description | Amount |
|------|-------------|--------|
| 01/26/10 | Westlaw Charges | 52.83 |
| | Duplicating | 20.70 |
| | **Total Disbursements** | **$73.53** |

**Total Current Charges**     $     **27,132.23**


**DLA PIPER**

## REMITTANCE ADVICE

| | | |
|---|---|---:|
| Current Fees | $ | 27,058.70 |
| Current Disbursements | $ | 73.53 |
| Total This Invoice | $ | 27,132.23 |

*INVOICE IS DUE AND PAYABLE UPON RECEIPT*
*PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE*

Please send remittance to:        DLA Piper LLP (US)
                                  P. O. Box 64029
                                  Baltimore, MD 21264-4029

Or wire remittance to:            M&T Bank                                *To ensure proper credit, please indicate the*
                                  25 South Charles Street, 18th Floor     *invoice number you are paying on the wire*
                                  Baltimore, MD 21201
                                  Account Name:
                                  DLA Piper LLP (US) Operating Account
                                  Account #: 074-8148-5
                                  ABA Transit #: 022000046
                                  Swift Code: MANTUS33INT
Law Firm Tax Identification Number: 52-0616490



**DLA Piper LLP (US)**
1201 West Peachtree Street
Suite 2800
Atlanta, GA 30309-3450
**T** 404-736-7800
**F** 404-682-7800
**W** www.dlapiper.com

PRIVILEGED AND CONFIDENTIAL

MOE'S SOUTHWEST GRILL, L.L.C.
Raving Brands
1801 Peachtree St., N.E.
Suite 160
Atlanta, GA 30309

April 30, 2010

R. Greenstein
Matter # 312884-000013
Invoice # 2438376

---

*For Professional Services Through* **February 28, 2010**:

*Client:* **MOE'S SOUTHWEST GRILL, L.L.C.**
*Matter:* **Massey Litigation**

| | | |
|---|---|---|
| Current Fees | $ | 25,155.00 |
| Current Disbursements | $ | 0.00 |
| Total This Invoice | $ | 25,155.00 |

---

Please send remittance to:    DLA Piper LLP (US)
P. O. Box 64029
Baltimore, MD 21264-4029

Or wire remittance to:    M&T Bank             *To ensure proper credit, please indicate the*
25 South Charles Street, 18th Floor    *invoice number you are paying on the wire*
Baltimore, MD 21201
Account Name: DLA Piper LLP (US) Operating Account
Account #: 074-8148-5
ABA Transit #: 022000046
Swift Code: MANTUS33INT

Law Firm Tax Identification Number:    52-0616490



**Fees:**

| Date | Description | Timekeeper | Hours | Amount |
|------|-------------|------------|-------|--------|
| 02/01/10 | Review exhibits and deposition of T. Lagratta; review deposition of S. Salzberg; draft summary of supply issues. | McIntosh, Scott | 5.10 | 2,295.00 |
| 02/02/10 | Review exhibits and deposition transcript of S. Salzberg; draft summary of key supply issues. | McIntosh, Scott | 2.00 | 900.00 |
| 02/03/10 | Correspondence, emails regarding deposition schedule. | Dienelt, John F. | 0.20 | 110.00 |
| 02/03/10 | Review deposition transcript of S. Salzberg; draft summary of supply issues from deposition. | McIntosh, Scott | 1.50 | 675.00 |
| 02/04/10 | Review deposition transcript of S. Salzberg regarding supply issues. | McIntosh, Scott | 1.00 | 450.00 |
| 02/10/10 | Planning; emails regarding deposition schedule; conference with S. McIntosh. | Dienelt, John F. | 0.80 | 440.00 |
| 02/10/10 | Conference with D. Dollinger regarding corporate designee deposition; review correspondence from B. Roller; review deposition transcript of S. Salzberg. | McIntosh, Scott | 0.60 | 270.00 |
| 02/12/10 | Review deposition transcript of S. Salzberg. | McIntosh, Scott | 0.20 | 90.00 |
| 02/15/10 | Review supply issues; conference with S. Salzman. | McIntosh, Scott | 1.60 | 720.00 |
| 02/16/10 | Emails regarding deposition planning, Salzman indemnification; conference with S. McIntosh. | Dienelt, John F. | 0.50 | 275.00 |
| 02/16/10 | Draft indemnification letter; draft guaranty; review second set of document requests served by Plaintiff; conference with D. Dollinger regarding document requests. | McIntosh, Scott | 3.40 | 1,530.00 |
| 02/17/10 | Review Amended Deposition Notice; determine sequence for deposing first set of plaintiffs; draft and send letter to B. Roller regarding depositions and discovery. | McIntosh, Scott | 1.30 | 585.00 |
| 02/18/10 | Emails regarding deposition planning, Salzman indemnification; conference with S. McIntosh. | Dienelt, John F. | 0.30 | 165.00 |
| 02/19/10 | Review supply issues; review correspondence from B. Roller regarding deposition. | McIntosh, Scott | 1.50 | 675.00 |

**DLA PIPER**

| Date | Description | Timekeeper | Hours | Amount |
|------|-------------|------------|-------|--------|
| 02/22/10 | Emails regarding discovery issues; conference with S. McIntosh. | Dienelt, John F. | 0.30 | 165.00 |
| 02/22/10 | Review deposition transcript of S. Salzberg; outline key points from deposition; review supply issues; send email to B. Roller regarding deposition. | McIntosh, Scott | 3.50 | 1,575.00 |
| 02/23/10 | Emails regarding deposition schedule. | Dienelt, John F. | 0.20 | 110.00 |
| 02/23/10 | Review deposition transcript of S. Salzman and draft summary of key points; review supply issues; draft model interrogatories and documents requests for service upon plaintiffs; exchange emails with B. Roller regarding deposition scheduling. | McIntosh, Scott | 6.00 | 2,700.00 |
| 02/24/10 | Draft model outline for deposing plaintiffs; review supply information; exchange emails with B. Roller regarding deposition. | McIntosh, Scott | 5.20 | 2,340.00 |
| 02/25/10 | Draft model outline for plaintiffs' depositions; review plaintiffs' document production for use in depositions. | McIntosh, Scott | 6.60 | 2,970.00 |
| 02/26/10 | Revise discovery requests; consider deposition issues; discovery planning; emails regarding same; conference with S. McIntosh. | Dienelt, John F. | 4.00 | 2,200.00 |
| 02/26/10 | Review documents produced by Plaintiffs; summarize key documents for depositions; draft model deposition outline; exchange emails with B. Roller regarding depositions. | McIntosh, Scott | 8.70 | 3,915.00 |
| | **Total Fees** | | **54.50** | **$25,155.00** |

## Timekeeper Summary

| Timekeeper | Title | Hours | Rate | Amount |
|------------|-------|-------|------|--------|
| Dienelt, John F. | Partner | 6.30 | 550.00 | 3,465.00 |
| McIntosh, Scott | Partner | 48.20 | 450.00 | 21,690.00 |
| Totals | | **54.50** | | **25,155.00** |



**Total Current Charges**     **$      25,155.00**

*INVOICE IS DUE AND PAYABLE UPON RECEIPT*
*PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE*

| | |
|---|---|
| Please send remittance to: | DLA Piper LLP (US)<br>P. O. Box 64029<br>Baltimore, MD 21264-4029 |
| Or wire remittance to: | M&T Bank<br>25 South Charles Street, 18th Floor<br>Baltimore, MD 21201<br>Account Name:<br>DLA Piper LLP (US) Operating Account<br>Account #: 074-8148-5<br>ABA Transit #: 022000046<br>Swift Code: MANTUS33INT |
| Law Firm Tax Identification Number: | 52-0616490 |

*To ensure proper credit, please indicate the invoice number you are paying on the wire*


**DLA PIPER**

R. Greenstein

Matter # 312884-000013
Invoice # 2438376                                                    April 30, 2010

## REMITTANCE ADVICE

| | | |
|---|---|---|
| Current Fees | $ | 25,155.00 |
| Current Disbursements | $ | 0.00 |
| Total This Invoice | $ | 25,155.00 |

*INVOICE IS DUE AND PAYABLE UPON RECEIPT*
*PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE*

---

Please send remittance to:          DLA Piper LLP (US)
                                     P. O. Box 64029
                                     Baltimore, MD 21264-4029

Or wire remittance to:               M&T Bank                              *To ensure proper credit, please indicate the*
                                     25 South Charles Street, 18th Floor   *invoice number you are paying on the wire*
                                     Baltimore, MD 21201
                                     Account Name:
                                     DLA Piper LLP (US) Operating Account
                                     Account #: 074-8148-5
                                     ABA Transit #: 022000046
                                     Swift Code: MANTUS33INT
Law Firm Tax Identification Number:  52-0616490



DLA Piper LLP (US)
1201 West Peachtree Street
Suite 2800
Atlanta, GA 30309-3450
T 404-736-7800
F 404-682-7800
W www.dlapiper.com

PRIVILEGED AND CONFIDENTIAL

MOE'S SOUTHWEST GRILL, L.L.C.
Raving Brands
1801 Peachtree St., N.E.
Suite 160
Atlanta, GA 30309

April 30, 2010

R. Greenstein
Matter # 312884-000013
Invoice # 2438380

---

*For Professional Services Through **March 31, 2010**:*

*Client:* **MOE'S SOUTHWEST GRILL, L.L.C.**
*Matter:* **Massey Litigation**

| | | |
|---|---|---|
| Current Fees | $ | 81,639.00 |
| Current Disbursements | $ | 3,260.54 |
| Total This Invoice | $ | 84,899.54 |

---

Please send remittance to:    DLA Piper LLP (US)
                              P. O. Box 64029
                              Baltimore, MD 21264-4029

Or wire remittance to:        M&T Bank                                          *To ensure proper credit, please indicate the*
                              25 South Charles Street. 18th Floor               *invoice number you are paying on the wire*
                              Baltimore, MD 21201
                              Account Name: DLA Piper LLP (US) Operating Account
                              Account #: 074-8148-5
                              ABA Transit #: 022000046
                              Swift Code: MANTUS33INT
Law Firm Tax Identification Number:    52-0616490



**Fees:**

| Date | Description | Timekeeper | Hours | Amount |
|------|-------------|------------|-------|--------|
| 03/01/10 | Discovery planning; emails regarding same; conference with S. McIntosh. | Dienelt, John F. | 1.20 | 660.00 |
| 03/01/10 | Review document production; draft model outline for depositions of plaintiffs; conference with J. Barnes regarding collecting documents for responding to discovery requests. | McIntosh, Scott | 1.70 | 765.00 |
| 03/02/10 | Review document production; draft second set of interrogatories and document requests to D. Titshaw. | McIntosh, Scott | 3.00 | 1,350.00 |
| 03/02/10 | Correspondence from Mr. McIntosh regarding waiver letter; correspondence to and from Mr. McIntosh regarding Item 3 disclosures; research regarding names of entities; transmit same to Mr. McIntosh. | Wells, Gerald C. | 1.30 | 565.50 |
| 03/03/10 | Deposition planning and preparation; emails regarding same; conference with S. McIntosh. | Dienelt, John F. | 0.90 | 495.00 |
| 03/03/10 | Draft and send letters to M. Sprock; draft and send letters to S. Salzman; conference with D. Dollinger regarding discovery issues; send email to J. Barnes regarding discovery issues; review document production; draft notes regarding key documents. | McIntosh, Scott | 7.70 | 3,465.00 |
| 03/03/10 | Review correspondence from Mr. McIntosh; correspondence to Mr. McIntosh regarding same. | Wells, Gerald C. | 0.80 | 348.00 |
| 03/04/10 | Deposition planning and preparation; conference with S. McIntosh. | Dienelt, John F. | 1.20 | 660.00 |
| 03/04/10 | Draft and serve Second Interrogatories and Requests for Production on D. Titshaw; conference with M. Andrew; conference with S. Salzman; send email to J. Barnes regarding ESI collection; review documents produced by Plaintiffs; draft key points regarding documents for depositions of plaintiffs. | McIntosh, Scott | 8.10 | 3,645.00 |
| 03/04/10 | Telephone conference with Mr. McIntosh regarding various issues; review old files related to Garcia litigation and other issues; | Wells, Gerald C. | 1.10 | 478.50 |



| Date | Description | Timekeeper | Hours | Amount |
|------|-------------|------------|-------|--------|
| | correspondence to and from Mr. McIntosh. | | | |
| 03/05/10 | Send letter to B. Roller regarding missing documents from Plaintiffs' production; send letter to R. Casey requesting copies of all documents received in response to third party subpoenas; review email from C. Huffines regarding depositions of Plaintiffs' witnesses; review Plaintiffs' document production and draft summaries of key documents. | McIntosh, Scott | 7.70 | 3,465.00 |
| 03/08/10 | Deposition preparation; conference with S. McIntosh. | Dienelt, John F. | 2.50 | 1,375.00 |
| 03/08/10 | Review plaintiffs' production; draft summary of key documents for depositions; draft summary of supply issues; send email to C. Huffines regarding deposition scheduling. | McIntosh, Scott | 6.50 | 2,925.00 |
| 03/09/10 | Review supplier and vendor contracts; draft letter to M. Sprock; conferences with B. Roller regarding depositions and discovery issues; send email to B. Roller and C. Huffines regarding discovery. | McIntosh, Scott | 2.70 | 1,215.00 |
| 03/09/10 | Review and report to Scott McIntosh on production files kept in Atlanta office of DLA Piper; forward copies of files to Scott McIntosh. | Richards, Betty C. | 0.80 | 190.40 |
| 03/10/10 | Prepare for depositions; review prior depositions,          ; conference with S. McIntosh. | Dienelt, John F. | 2.00 | 1,100.00 |
| 03/10/10 | Review information from          regarding supply issues. | McIntosh, Scott | 0.30 | 135.00 |
| 03/10/10 | Review of documents produced by defendants. | Walls, Virginia A. | 0.60 | 249.00 |
| 03/11/10 | Prepare for depositions: emails regarding same. | Dienelt, John F. | 1.50 | 825.00 |
| 03/11/10 | Review supply and distribution issues; conference with S. Salzman; review deposition transcript of M. Andrew; serve deposition notices for R. Dreesch and D. McCusker. | McIntosh, Scott | 3.00 | 1,350.00 |
| 03/12/10 | Conference with          , S. McIntosh; prepare for depositions. | Dienelt, John F. | 2.00 | 1,100.00 |
| 03/12/10 | Review documents produced by R. Dreesch; draft summary of key documents; prepare for depositions. | McIntosh, Scott | 5.10 | 2,295.00 |



| Date | Description | Timekeeper | Hours | Amount |
|------|-------------|------------|-------|--------|
| 03/15/10 | Prepare for Salzman deposition; meeting with S. Salzman, S. McIntosh; conference with S. McIntosh. | Dienelt, John F. | 6.00 | 3,300.00 |
| 03/15/10 | Review notes regarding depositions of S. Salzberg and T. Lagratta; review information regarding supply issues; review deposition transcript of S. Salzman; draft additional questions for deposition outline; meet with S. Salzman and J. Dienelt to prepare for deposition. | McIntosh, Scott | 7.60 | 3,420.00 |
| 03/15/10 | Review CD received by DLA Piper from counsel for plaintiff and report to Scott McIntosh that documents are vendor documents received in response to nonparty subpoenas issued at request of plaintiff; duplication of CD and work with vendor to print 900 plus pages for review by witness. | Richards, Betty C. | 1.20 | 285.60 |
| 03/15/10 | Conference with Ms. Boisen regarding pleading index updates needed in advance of Atlanta deposition; modify index to reflect documents received in late 2009 and early 2010; examine Court-created docket and compare to DLA pleading index. | Casey, Carol A. | 2.90 | 690.20 |
| 03/16/10 | Review deposition outline; emails regarding same. | Dienelt, John F. | 0.50 | 275.00 |
| 03/16/10 | Review documents produced by manufacturers in response to subpoenas issued by plaintiffs; conference with D. Dollinger regarding plaintiffs; prepare for defense of deposition of S. Salzman. | McIntosh, Scott | 10.00 | 4,500.00 |
| 03/16/10 | Process incoming blowbacks of documents produced by plaintiff on CD, for review by Scott McIntosh, working in Atlanta office; process request for payment of invoice from copy vendor; assist with duplication of deposition exhibits for Scott McIntosh. | Richards, Betty C. | 0.60 | 142.80 |
| 03/17/10 | Prepare to defend deposition of S. Salzman; conference with S. Salzman; defend deposition of S. Salzman; conference with S. Salzman regarding plaintiffs; draft outline for deposition of R. Dreesch; prepare for deposition of R. Dreesch. | McIntosh, Scott | 10.30 | 4,635.00 |



| Date | Description | Timekeeper | Hours | Amount |
|------|-------------|------------|-------|--------|
| 03/18/10 | Emails regarding Dreesch deposition; consider damage issues. | Dienelt, John F. | 0.50 | 275.00 |
| 03/18/10 | Prepare for deposition of R. Dreesch; take deposition of R. Dreesch; send deposition summary to D. Dollinger; review deposition transcript of M. Andrew from Garcia case. | McIntosh, Scott | 10.80 | 4,860.00 |
| 03/19/10 | Deposition planning; conference with S. McIntosh. | Dienelt, John F. | 0.50 | 275.00 |
| 03/19/10 | Draft responses to Plaintiffs' Second Set of Document Requests; review M. Andrew's deposition transcript from Garcia case; review documents produced by D. McCusker; prepare for deposition of D. McCusker; send email to J. Barnes regarding collection of documents. | McIntosh, Scott | 7.20 | 3,240.00 |
| 03/19/10 | Review of documents produced by defendants. | Walls, Virginia A. | 2.10 | 871.50 |
| 03/21/10 | Review documents produced by D. McCusker. | McIntosh, Scott | 0.80 | 360.00 |
| 03/22/10 | Review revised response to document requests; emails regarding same, Andrew preparation. | Dienelt, John F. | 0.20 | 110.00 |
| 03/22/10 | Prepare for deposition of D. McCusker; draft questions regarding key documents; prepare for defense of deposition of M. Andrew; revise objections and responses to Plaintiffs' Second Document Requests; serve responses. | McIntosh, Scott | 4.60 | 2,070.00 |
| 03/23/10 | Meeting with M. Andrew, S. McIntosh; prepare for M. Andrew deposition. | Dienelt, John F. | 2.50 | 1,375.00 |
| 03/23/10 | Review deposition transcript of M. Andrew from Garcia case; draft outline for deposition of D. McCusker; conference with M. Andrew to prepare for deposition. | McIntosh, Scott | 8.50 | 3,825.00 |
| 03/23/10 | Review of documents for production; review of documents produced by defendants. | Walls, Virginia A. | 10.20 | 4,233.00 |
| 03/24/10 | M. Andrew deposition; review documents; consider trial strategy. | Dienelt, John F. | 3.50 | 1,925.00 |
| 03/24/10 | Conference with M. Andrew to prepare for deposition; defend deposition of M. Andrew; draft outline for deposition of D. McCusker; prepare to take deposition of D. McCusker. | McIntosh, Scott | 8.80 | 3,960.00 |
| 03/24/10 | Review documents produced by defendants; | Walls, Virginia A. | 4.20 | 1,743.00 |



| Date | Description | Timekeeper | Hours | Amount |
|------|-------------|------------|-------|--------|
| | review documents for production. | | | |
| 03/25/10 | Review deposition exhibits; emails regarding franchisee depositions; conference with S. McIntosh. | Dienelt, John F. | 0.50 | 275.00 |
| 03/25/10 | Prepare for deposition of D. McCusker; take deposition of D. McCusker; send to D. Dollinger summaries of depositions of M. Andrew and D. McCusker. | McIntosh, Scott | 9.00 | 4,050.00 |
| 03/25/10 | Complete processing of boxes of documents received from Chris Huffines on March 15, 2010, containing documents provided by vendors in response to nonparty subpoenas. | Richards, Betty C. | 0.50 | 119.00 |
| 03/26/10 | Conference with G. Walls regarding supplier and vendor contracts; send email to J. Barnes regarding discovery; conference with B. Roller regarding discovery responses. | McIntosh, Scott | 1.60 | 720.00 |
| 03/26/10 | Meeting with S. McIntosh regarding documents produced in discovery; review of documents produced in discovery. | Walls, Virginia A. | 1.50 | 622.50 |
| 03/30/10 | Review transcripts of plaintiffs' depositions. | Dienelt, John F. | 1.50 | 825.00 |
| | **Total Fees** | | **179.80** | **$81,639.00** |

## Timekeeper Summary

| Timekeeper | Title | Hours | Rate | Amount |
|------------|-------|-------|------|--------|
| Dienelt, John F. | Partner | 27.00 | 550.00 | 14,850.00 |
| McIntosh, Scott | Partner | 125.00 | 450.00 | 56,250.00 |
| Wells, Gerald C. | Partner | 3.20 | 435.00 | 1,392.00 |
| Walls, Virginia A. | Associate | 18.60 | 415.00 | 7,719.00 |
| Casey, Carol A. | Paralegal | 2.90 | 238.00 | 690.20 |
| Richards, Betty C. | Paralegal | 3.10 | 238.00 | 737.80 |
| Totals | | 179.80 | | 81,639.00 |



**Disbursements:**

| Date | Description | Amount |
|------|-------------|--------|
| 03/03/10 | Delivery Services -VENDOR: UNITED PARCEL SERVICE  * FROM: Barbara O. Dobson TO: DARYL DOLLINGER/ /RAVING BRANDS, INC.//1718 PEACHTREE STREET, N.E .//ATLANTA//GA | 11.78 |
| 03/03/10 | Delivery Services -VENDOR: UNITED PARCEL SERVICE  * FROM: Barbara O. Dobson TO: Mr. Seth Salzman //Seth Salzman//235 Springdale Drive//ATLANTA//G A | 11.78 |
| 03/03/10 | Delivery Services -VENDOR: UNITED PARCEL SERVICE  * FROM: Barbara O. Dobson TO: Mr. H. Martin Sp rock//Mr. H. Martin Sprock, III//2200 Hopedale A ve.//CHARLOTTE//NC | 12.87 |
| 03/19/10 | Delivery Services -VENDOR: UNITED PARCEL SERVICE  * FROM: Barbara O. Dobson TO: Mr. Matt Andrew/ /Matt Andrew//3303 Habersham Road//ATLANTA//GA | 14.47 |
| 03/22/10 | Delivery Services -VENDOR: UNITED PARCEL SERVICE  * FROM: Barbara O. Dobson TO: SCOTT MCINTOSH ( VISI//DLA PIPER//ONE ATLANTIC CENTER//ATLANTA//G A | 75.68 |
| 03/25/10 | Out-of-Town Travel - VENDOR: SCOTT MCINTOSH TRAVEL TO ATLANTA FOR DEPOSITIONS ON 3/15/10 THROUGH 3/18/10 | 50.00 |
| 03/25/10 | Car Service/Taxi - VENDOR: SCOTT MCINTOSH TRAVEL TO ATLANTA FOR DEPOSITIONS ON 3/15/10 THROUGH 3/18/10 | 59.50 |
| 03/25/10 | Meals - VENDOR: SCOTT MCINTOSH TRAVEL TO ATLANTA FOR DEPOSITIONS ON 3/15/10 THROUGH 3/18/10 | 339.41 |
| 03/25/10 | Hotel - VENDOR: SCOTT MCINTOSH TRAVEL TO ATLANTA FOR DEPOSITIONS ON 3/15/10 THROUGH 3/18/10 | 776.25 |
| 03/25/10 | Internet Services - VENDOR: SCOTT MCINTOSH TRAVEL TO ATLANTA FOR DEPOSITIONS ON 3/15/10 THROUGH 3/18/10 | 10.80 |
| 03/29/10 | Off-site Duplicating - VENDOR: PARAGON LEGAL TECHNOLOGY SUPPORT OF BLOWBACKS OF DOCUMENTS ON CD PRODUCED BY PLAINTIFF ON 3/15/10 | 588.90 |
| 03/31/10 | Car Service/Taxi - VENDOR: SCOTT MCINTOSH TRAVEL TO ATLANTA FOR DEPOSITIONS ON 3/23/10 THROUGH 3/25/10 | 52.00 |
| 03/31/10 | Meals - VENDOR: SCOTT MCINTOSH TRAVEL TO ATLANTA FOR DEPOSITIONS ON 3/23/10 THROUGH 3/25/10 | 69.55 |
| 03/31/10 | Hotel - VENDOR: SCOTT MCINTOSH TRAVEL TO ATLANTA FOR DEPOSITIONS ON 3/23/10 THROUGH 3/25/10 | 517.50 |



| Date | Description | Amount |
|------|-------------|--------|
| 03/31/10 | Air Fare - VENDOR: JOHN F. DIENELT AIRFARE FOR DEPOSITION PREPARATION IN ATLANTA 3/15/10 | 395.00 |
| 03/31/10 | Car Service/Taxi - VENDOR: JOHN F. DIENELT OUT OF TOWN TRANSPORTATION FOR DEPOSITION PREPARATION IN ATLANTA 3/15/10 | 24.00 |
| 03/31/10 | Meals - VENDOR: JOHN F. DIENELT LUNCH FOR DEPOSITION PREPARATION IN ATLANTA 3/15/10 | 10.00 |
|  | Duplicating | 241.05 |

**Total Disbursements**   **$3,260.54**

**Total Current Charges**   S   **84,899.54**


**DLA PIPER**

R. Greenstein

Matter # 312884-000013
Invoice # 2438380

April 30, 2010

## REMITTANCE ADVICE

| | | |
|---|---|---|
| Current Fees | $ | 81,639.00 |
| Current Disbursements | $ | 3,260.54 |
| Total This Invoice | $ | 84,899.54 |

*INVOICE IS DUE AND PAYABLE UPON RECEIPT*
*PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE*

Please send remittance to:          DLA Piper LLP (US)
                                     P. O. Box 64029
                                     Baltimore, MD 21264-4029

Or wire remittance to:               M&T Bank                              *To ensure proper credit, please indicate the*
                                     25 South Charles Street, 18th Floor   *invoice number you are paying on the wire*
                                     Baltimore, MD 21201
                                     Account Name:
                                     DLA Piper LLP (US) Operating Account
                                     Account #: 074-8148-5
                                     ABA Transit #: 022000046
                                     Swift Code: MANTUS33INT
Law Firm Tax Identification Number:  52-0616490



**DLA Piper LLP (US)**
1201 West Peachtree Street
Suite 2800
Atlanta, GA 30309-3450
T 404-736-7800
F 404-682-7800
W www.dlapiper.com

PRIVILEGED AND CONFIDENTIAL

MOE'S SOUTHWEST GRILL, L.L.C.                                     June 15, 2010
Raving Brands
1801 Peachtree St., N.E.                                              R. Greenstein
Suite 160                                                 Matter # 312884-000013
Atlanta, GA 30309                                          Invoice # 2455134

*For Professional Services Through April 30, 2010:*

*Client:* **MOE'S SOUTHWEST GRILL, L.L.C.**
*Matter:* **Massey Litigation**

|  |  |  |
|---|---|---|
| Current Fees | $ | 36,442.80 |
| Current Disbursements | $ | 3,991.46 |
| Total This Invoice | $ | 40,434.26 |

Please send remittance to:        DLA Piper LLP (US)
                                   P. O. Box 64029
                                   Baltimore, MD 21264-4029

Or wire remittance to:             M&T Bank                                      *To ensure proper credit, please indicate the*
                                   25 South Charles Street, 18th Floor           *invoice number you are paying on the wire*
                                   Baltimore, MD 21201
                                   Account Name: DLA Piper LLP (US) Operating Account
                                   Account #: 074-8148-5
                                   ABA Transit #: 022000046
                                   Swift Code: MANTUS33INT
Law Firm Tax Identification Number: 52-0616490



**Fees:**

| Date | Description | Timekeeper | Hours | Amount |
|------|-------------|------------|-------|--------|
| 03/21/10 | Finalize litigation summary; transmit litigation summary to Mr. Adler; correspondence to Mr Adler. | Wells, Gerald C. | 0.40 | 174.00 |
| 04/01/10 | Review of documents produced by defendants. | Walls, Virginia A. | 2.00 | 830.00 |
| 04/02/10 | Review of vendor contracts. | Walls, Virginia A. | 2.30 | 954.50 |
| 04/05/10 | Draft supplemental multi-representation letter; send email to J. Barnes regarding discovery. | McIntosh, Scott | 0.50 | 225.00 |
| 04/05/10 | Review of documents produced by defendants. | Walls, Virginia A. | 4.60 | 1,909.00 |
| 04/06/10 | Planning; emails regarding depositions; conference with S. McIntosh. | Dienelt, John F. | 0.30 | 165.00 |
| 04/06/10 | Send email to C. Huffines and B. Roller regarding depositions; review documents produced by plaintiffs. | McIntosh, Scott | 1.10 | 495.00 |
| 04/07/10 | Review documents relating to J. Killingsworth; exchange email with C. Huffines regarding depositions of plaintiffs and discovery responses; conference with D. Dollinger; prepare for deposition of J. Killingsworth. | McIntosh, Scott | 2.50 | 1,125.00 |
| 04/08/10 | Review documents produced by J. Killingsworth; select documents for potential use as exhibits at deposition of J. Killingsworth; send email to C. Huffines regarding deposition scheduling and discovery issues. | McIntosh, Scott | 3.60 | 1,620.00 |
| 04/09/10 | Exchange emails with C. Huffines regarding depositions and discovery; prepare for deposition of J. Killingsworth. | McIntosh, Scott | 0.30 | 135.00 |
| 04/13/10 | Deposition, preparation; conferences with S. McIntosh. | Dienelt, John F. | 1.00 | 550.00 |
| 04/13/10 | Draft and send deposition notices; review materials to prepare for depositions. | McIntosh, Scott | 1.20 | 540.00 |
| 04/20/10 | Emails regarding depositions of suppliers. | Dienelt, John F. | 0.10 | 55.00 |
| 04/20/10 | Review documents produced by Walkers and Browns; select documents for use at depositions; prepare for deposition of S. Walker; conference with B. Roller regarding | McIntosh, Scott | 5.80 | 2,610.00 |



| Date | Description | Timekeeper | Hours | Amount |
|------|-------------|-----------|-------|--------|
| | discovery issues. | | | |
| 04/21/10 | Review documents; prepare for depositions of Angela Brown and the Walkers. | McIntosh, Scott | 6.80 | 3,060.00 |
| 04/22/10 | Review additional documents regarding Walkers; conference with B. Roller regarding discovery issues; select documents for potential use at depositions. | McIntosh, Scott | 6.10 | 2,745.00 |
| 04/22/10 | Correspondence from Mr. McIntosh. | Wells, Gerald C. | 0.20 | 87.00 |
| 04/22/10 | Process, prepare and load ESI documents into evidentiary review database as requested by case team. | Higgins, Christopher R. | 3.30 | 663.30 |
| 04/24/10 | Deposition preparation; review plaintiffs' depositions. | Dienelt, John F. | 1.50 | 825.00 |
| 04/24/10 | Process and OCR selected documents for inclusion in database to assist with search results. | Higgins, Christopher R. | 1.00 | 201.00 |
| 04/25/10 | Review deposition transcript for McCusker. | Wells, Gerald C. | 2.20 | 957.00 |
| 04/26/10 | Deposition preparation; conference with S. McIntosh. | Dienelt, John F. | 0.50 | 275.00 |
| 04/26/10 | Review additional emails produced by Walkers; select exhibits for use at depositions; prepare for deposition of Scott Walker. | McIntosh, Scott | 7.30 | 3,285.00 |
| 04/26/10 | Telephone conference with Mr. McIntosh; review documents related to depositions. | Wells, Gerald C. | 3.60 | 1,566.00 |
| 04/27/10 | Prepare for deposition of Scott Walker; take deposition of Scott Walker; send summary of deposition to D. Dollinger; conference with G. Wells regarding deposition of Steven Walker. | McIntosh, Scott | 8.00 | 3,600.00 |
| 04/28/10 | Attend deposition of Steven Walker; review potential exhibits for use at deposition of A. Brown; review strategy for deposition of A. Brown. | McIntosh, Scott | 3.20 | 1,440.00 |
| 04/28/10 | Deposition for Mr. Walker; preparation for deposition with Ms. Brown; conference with Mr. McIntosh; review discovery received from Ms. Brown. | Wells, Gerald C. | 10.10 | 4,393.50 |
| 04/29/10 | Deposition of Ms. Brown; telephone conferences with Mr. McIntosh. | Wells, Gerald C. | 4.50 | 1,957.50 |


DLA PIPER

Matter # 312884-000013
Invoice # 2455134

R. Greenstein
Page: 4
June 15, 2010

| Date | Description | Timekeeper | Hours | Amount |
|------|-------------|------------|-------|--------|
| 04/29/10 | Conference with G. Wells regarding deposition of A. Brown; review strategy for next round of depositions. | McIntosh, Scott | 0.00 | 0.00 |
| | **Total Fees** | | **84.00** | **$36,442.80** |

## Timekeeper Summary

| Timekeeper | Title | Hours | Rate | Amount |
|------------|-------|-------|------|--------|
| Dienelt, John F. | Partner | 3.40 | 550.00 | 1,870.00 |
| McIntosh, Scott | Partner | 46.40 | 450.00 | 20,880.00 |
| Wells, Gerald C. | Partner | 21.00 | 435.00 | 9,135.00 |
| Walls, Virginia A. | Associate | 8.90 | 415.00 | 3,693.50 |
| Higgins, Christopher R. | Discovery Spec. | 4.30 | 201.00 | 864.30 |
| Totals | | **84.00** | | **36,442.80** |

**Disbursements:**

| Date | Description | Amount |
|------|-------------|--------|
| 03/31/10 | Air Fare - VENDOR: SCOTT MCINTOSH TRAVEL TO ATLANTA FOR DEPOSITIONS ON 3/23/10 THROUGH 3/25/10 | 50.00 |
| 04/05/10 | Meals - VENDOR: JOHN F. DIENELT DINNER FOR DEPOSITION PREPARATION IN ATLANTA 3/23/10 | 125.27 |
| 04/06/10 | Delivery Services -VENDOR: UNITED PARCEL SERVICE  * FROM: Barbara O. Dobson TO: Mr. H. Martin Sp rock//H. Martin Sprock//2200 Hopedale Ave.//CHAR LOTTE//NC | 12.81 |
| 04/15/10 | Meals - VENDOR: M&T BANK, N.A.-VISA PURCHASING CARD- CLIENT LUNCH MEETING | 55.38 |
| 04/16/10 | AIR FARE - VENDOR: M&T BANK, N.A.-VISA PURCHASING CARD- SCOTT MCINTOSH TRAVEL TO ATLANTA FOR DEPOSITIONS 03/23/10-03/25/10 | 685.40 |



| Date | Description | Amount |
|------|-------------|--------|
| 04/16/10 | AIR FARE - VENDOR: M&T BANK, N.A.-VISA PURCHASING CARD- SCOTT MCINTOSH TRAVEL TO ATLANTA FOR DEPOSITIONS 03/15/10-03/18/10 | 525.40 |
| 04/16/10 | Delivery Services -VENDOR: UNITED PARCEL SERVICE * FROM: SPROCK MCINTOSH TO: SCOT MCINTOSH//DLA PIPER//WASHINGTON//DC | 10.13 |
| 04/28/10 | Transcripts - VENDOR: NATIONAL DEPO DEPOSITION TRANSCRIPT OF DANIEL MCCUSKER | 903.25 |
| 04/28/10 | Transcripts - VENDOR: NATIONAL DEPO DEPOSITION TRANSCRIPT OF ROBERT DREESCH | 1,008.50 |
| 04/29/10 | Car Service/Taxi - VENDOR: SCOTT MCINTOSH - 04/26/10 - Depositions in Atlanta | 16.00 |
| 04/29/10 | Car Service/Taxi - VENDOR: SCOTT MCINTOSH - 04/26/10 - Depositions in Atlanta | 61.00 |
| 04/29/10 | Meals - VENDOR: SCOTT MCINTOSH - 04/28/10 - Depositions in Atlanta | 8.27 |
| 04/29/10 | Meals - VENDOR: SCOTT MCINTOSH - 04/27/10 - Depositions in Atlanta | 17.95 |
| 04/29/10 | Meals - VENDOR: SCOTT MCINTOSH - 04/27/10 - Depositions in Atlanta | 38.21 |
| 04/29/10 | Hotel - VENDOR: SCOTT MCINTOSH - 04/27/10 - Depositions in Atlanta | 339.72 |
| 04/29/10 | Meals - VENDOR: SCOTT MCINTOSH - 04/26/10 - Depositions in Atlanta | 29.02 |
| | Duplicating | 105.15 |

**Total Disbursements** $3,991.46

**Total Current Charges** $ 40,434.26



# REMITTANCE ADVICE

| | | |
|---|---|---|
| Current Fees | $ | 36,442.80 |
| Current Disbursements | $ | 3,991.46 |
| Total This Invoice | $ | 40,434.26 |

*INVOICE IS DUE AND PAYABLE UPON RECEIPT*
*PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE*

Please send remittance to:          DLA Piper LLP (US)
                                     P. O. Box 64029
                                     Baltimore, MD 21264-4029

Or wire remittance to:               M&T Bank                              *To ensure proper credit, please indicate the*
                                     25 South Charles Street, 18th Floor   *invoice number you are paying on the wire*
                                     Baltimore, MD 21201
                                     Account Name:
                                     DLA Piper LLP (US) Operating Account
                                     Account #: 074-8148-5
                                     ABA Transit #: 022000046
                                     Swift Code: MANTUS33INT
Law Firm Tax Identification Number:  52-0616490



**DLA PIPER**

DLA Piper LLP (US)
1201 West Peachtree Street
Suite 2800
Atlanta, GA 30309-3450
T 404-736-7800
F 404-682-7800
W www.dlapiper.com

PRIVILEGED AND CONFIDENTIAL

MOE'S SOUTHWEST GRILL, L.L.C.
Raving Brands
1801 Peachtree St., N.E.
Suite 160
Atlanta, GA 30309

June 15, 2010

R. Greenstein
Matter # 312884-000013
Invoice # 2455137

*For Professional Services Through **May 31, 2010***:

*Client:*    ***MOE'S SOUTHWEST GRILL, L.L.C.***
*Matter:*   ***Massey Litigation***

| | | |
|---|---|---|
| Current Fees | $ | 5,840.00 |
| Current Disbursements | $ | 2,566.05 |
| Total This Invoice | $ | 8,406.05 |

---

Please send remittance to:

DLA Piper LLP (US)
P. O. Box 64029
Baltimore, MD 21264-4029

Or wire remittance to:

M&T Bank
25 South Charles Street, 18th Floor
Baltimore, MD 21201
Account Name: DLA Piper LLP (US) Operating Account
Account #: 074-8148-5
ABA Transit #: 022000046
Swift Code: MANTUS33INT

*To ensure proper credit, please indicate the
invoice number you are paying on the wire*

Law Firm Tax Identification Number:
52-0616490



**Fees:**

| Date | Description | Timekeeper | Hours | Amount |
|------|-------------|------------|-------|--------|
| 05/04/10 | Emails regarding discovery planning. | Dienelt, John F. | 0.10 | 55.00 |
| 05/04/10 | Exchange emails with B. Roller regarding discovery issues; send email to C. Huffines regarding next round of plaintiff depositions. | McIntosh, Scott | 0.50 | 225.00 |
| 05/10/10 | Review subpoenas to suppliers; emails regarding same, deposition schedule; conference with S. McIntosh. | Dienelt, John F. | 0.50 | 275.00 |
| 05/12/10 | Review subpoenas to vendors; emails regarding same; conference with S. McIntosh. | Dienelt, John F. | 0.20 | 110.00 |
| 05/12/10 | Review subpoenas to suppliers; review email from B. Roller regarding deposition; formulate strategy with respect to subpoenas. | McIntosh, Scott | 0.60 | 270.00 |
| 05/24/10 | Review subpoenas to suppliers; conference with B. Roller regarding subpoenas, depositions, and other discovery issues; send email to C. Huffines regarding next round of depositions. | McIntosh, Scott | 1.40 | 630.00 |
| 05/25/10 | Emails regarding supplier depositions; conference with S. McIntosh. | Dienelt, John F. | 0.70 | 385.00 |
| 05/25/10 | Conference with B. Roller regarding scope of subpoenas; review subpoenas to narrow scope of requests; review letter from King & Spalding objecting to subpoenas. | McIntosh, Scott | 1.70 | 765.00 |
| 05/26/10 | Emails regarding supplier subpoenas. | Dienelt, John F. | 0.10 | 55.00 |
| 05/26/10 | Conference with D. Dollinger regarding subpoenas and objections served by King & Spalding; exchange emails with B. Roller regarding subpoenas. | McIntosh, Scott | 0.70 | 315.00 |
| 05/28/10 | Review correspondence, responses to supplier subpoenas; consider strategy; emails regarding same; conference with S. McIntosh. | Dienelt, John F. | 1.00 | 550.00 |


**DLA PIPER**

| Date | Description | Timekeeper | Hours | Amount |
|------|-------------|------------|-------|--------|
| 05/28/10 | Draft list of objections to subpoena requests; conference with B. Einhorn regarding objections to subpoena requests; review notice of objections by Fillet of Chicken; send formal objections to B. Einhorn; draft summary of current status with respect to subpoena objections. | McIntosh, Scott | 4.90 | 2,205.00 |
| | **Total Fees** | | **12.40** | **$5,840.00** |

## Timekeeper Summary

| Timekeeper | Title | Hours | Rate | Amount |
|------------|-------|-------|------|--------|
| Dienelt, John F. | Partner | 2.60 | 550.00 | 1,430.00 |
| McIntosh, Scott | Partner | 9.80 | 450.00 | 4,410.00 |
| Totals | | **12.40** | | **5,840.00** |

**Disbursements:**

| Date | Description | Amount |
|------|-------------|--------|
| 05/17/10 | AIR FARE - VENDOR: M&T BANK, N.A.-VISA PURCHASING CARD- SCOTT MCINTOSH TRAVEL TO ATLANTA FOR DEPOSITIONS 04/26/10 | 660.40 |
| 05/28/10 | Transcripts - VENDOR: NETWORK REPORTING CORPORATION DEPOSITION TRANSCRIPT OF SETH SALZMAN | 386.60 |
| 05/28/10 | Transcripts - VENDOR: NETWORK REPORTING CORPORATION DEPOSITION TRANSCRIPT OF MATT ANDREW | 477.80 |
| 05/28/10 | Transcripts - VENDOR: NATIONAL DEPO TRANSCRIPT OF DEPOSITION OF ANGELA BROWN | 405.25 |
| 05/28/10 | Transcripts - VENDOR: NATIONAL DEPO TRANSCRIPT OF DEPOSITION OF SCOTT WALKER | 636.00 |
| | **Total Disbursements** | **$2,566.05** |



**Total Current Charges**     **$**     **8,406.05**

*INVOICE IS DUE AND PAYABLE UPON RECEIPT*
*PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE*

| | | |
|---|---|---|
| Please send remittance to: | DLA Piper LLP (US)<br>P. O. Box 64029<br>Baltimore, MD 21264-4029 | |
| Or wire remittance to: | M&T Bank<br>25 South Charles Street, 18th Floor<br>Baltimore, MD 21201<br>Account Name:<br>DLA Piper LLP (US) Operating Account<br>Account #: 074-8148-5<br>ABA Transit #: 022000046<br>Swift Code: MANTUS33INT | *To ensure proper credit, please indicate the<br>invoice number you are paying on the wire* |
| Law Firm Tax Identification Number: | 52-0616490 | |



# REMITTANCE ADVICE

| | | |
|---|---|---|
| Current Fees | $ | 5,840.00 |
| Current Disbursements | $ | 2,566.05 |
| Total This Invoice | $ | 8,406.05 |

*INVOICE IS DUE AND PAYABLE UPON RECEIPT*
*PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE*

Please send remittance to:        DLA Piper LLP (US)
                                  P. O. Box 64029
                                  Baltimore, MD 21264-4029

Or wire remittance to:            M&T Bank                                *To ensure proper credit, please indicate the*
                                  25 South Charles Street, 18th Floor     *invoice number you are paying on the wire*
                                  Baltimore, MD 21201
                                  Account Name:
                                  DLA Piper LLP (US) Operating Account
                                  Account #: 074-8148-5
                                  ABA Transit #: 022000046
                                  Swift Code: MANTUS33INT
Law Firm Tax Identification Number:   52-0616490



DLA Piper LLP (US)
1201 West Peachtree Street
Suite 2800
Atlanta, GA 30309-3450
T 404-736-7800
F 404-682-7800
W www.dlapiper.com

PRIVILEGED AND CONFIDENTIAL

MOE'S SOUTHWEST GRILL, L.L.C.
Raving Brands
1801 Peachtree St., N.E.
Suite 160
Atlanta, GA 30309

July 13, 2010

R. Greenstein
Matter # 312884-000013
Invoice # 2465010

*For Professional Services Through **June 30, 2010**:*

*Client:* **MOE'S SOUTHWEST GRILL, L.L.C.**
*Matter:* **Massey Litigation**

| | | |
|---|---|---|
| Current Fees | $ | 15,953.50 |
| Current Disbursements | $ | 507.34 |
| Total This Invoice | $ | 16,460.84 |

Please send remittance to:

DLA Piper LLP (US)
P. O. Box 64029
Baltimore, MD 21264-4029

Or wire remittance to:

M&T Bank
25 South Charles Street, 18th Floor
Baltimore, MD 21201
Account Name: DLA Piper LLP (US) Operating Account
Account #: 074-8148-5
ABA Transit #: 022000046
Swift Code: MANTUS33INT

*To ensure proper credit, please indicate the
invoice number you are paying on the wire*

Law Firm Tax Identification Number:      52-0616490



**Fees:**

| Date | Description | Timekeeper | Hours | Amount |
|------|-------------|------------|-------|--------|
| 06/02/10 | Consider supplier issues; emails regarding same. | Dienelt, John F. | 0.50 | 275.00 |
| 06/02/10 | Formulate strategy with respect to subpoenas to suppliers; coordinate with C. Huffines regarding depositions of plaintiffs. | McIntosh, Scott | 0.40 | 180.00 |
| 06/03/10 | Correspondence, emails, pleadings regarding supplier discovery. | Dienelt, John F. | 0.30 | 165.00 |
| 06/07/10 | Consider scheduling, supplier issues; emails regarding same; conference with S. McIntosh. | Dienelt, John F. | 1.00 | 550.00 |
| 06/07/10 | Review supplier objections to subpoenas; draft deposition notices; serve deposition notices; review FDD language regarding rebates. | McIntosh, Scott | 1.80 | 810.00 |
| 06/07/10 | Telephone conference with Mr. McIntosh regarding matter and supplier issues; research regarding rebate history for Moe Franchisor LLC; correspondence from and to Mr. McIntosh. | Wells, Gerald C. | 0.80 | 348.00 |
| 06/08/10 | Conference with R. Einhorn regarding supplier subpoenas. | McIntosh, Scott | 0.20 | 90.00 |
| 06/08/10 | Telephone conference with Mr. McIntosh regarding depositions and other related issues; correspondence from Mr. McIntosh. | Wells, Gerald C. | 0.20 | 87.00 |
| 06/09/10 | Correspondence from Mr. McIntosh. | Wells, Gerald C. | 0.10 | 43.50 |
| 06/10/10 | Prepare for deposition of J. Killingsworth. | McIntosh, Scott | 0.70 | 315.00 |
| 06/11/10 | Planning regarding depositions, supplier issues; emails regarding same; conference with S. McIntosh. | Dienelt, John F. | 0.70 | 385.00 |
| 06/11/10 | Prepare for deposition of J. Killingsworth; conference with B. Roller regarding subpoenas to suppliers. | McIntosh, Scott | 2.40 | 1,080.00 |
| 06/13/10 | Draft outline for deposition of J. Killingsworth; review exhibits for potential use in deposition of J. Killingsworth; prepare for deposition of J. Killingsworth. | McIntosh, Scott | 3.00 | 1,350.00 |



| Date | Description | Timekeeper | Hours | Amount |
|------|-------------|------------|-------|--------|
| 06/14/10 | Prepare for deposition of J. Killingsworth; conference with D. Dollinger; take deposition of J. Killingsworth. | McIntosh, Scott | 10.50 | 4,725.00 |
| 06/15/10 | Review supplier pleadings; emails regarding strategy, legal issue regarding disclosures; conferences with S. McIntosh, D. Wieczorek. | Dienelt, John F. | 0.70 | 385.00 |
| 06/16/10 | Emails regarding deposition scheduling; conference with S. McIntosh. | Dienelt, John F. | 0.10 | 55.00 |
| 06/16/10 | Conference with B. Roller regarding subpoenas to suppliers, outstanding discovery requests, and deposition scheduling. | McIntosh, Scott | 0.40 | 180.00 |
| 06/17/10 | Review McCuster, S. Walker depositions; conference with S. McIntosh. | Dienelt, John F. | 2.00 | 1,100.00 |
| 06/18/10 | Review Killingsworth, McCusker depositions; emails regarding schedule; conference with S. McIntosh. | Dienelt, John F. | 1.30 | 715.00 |
| 06/23/10 | Conference with S. McIntosh regarding deposition, status conference, supplier issues. | Dienelt, John F. | 0.20 | 110.00 |
| 06/23/10 | Conference with B. Roller regarding subpoenas to suppliers, plaintiffs' discovery responses, and potential status conference. | McIntosh, Scott | 0.50 | 225.00 |
| 06/24/10 | Emails regarding negotiations about third-party supplier discovery. | Dienelt, John F. | 0.30 | 165.00 |
| 06/24/10 | Draft summary of issues and proposal for resolving dispute regarding supplier subpoenas; send summary of proposal to B. Roller; conference with B. Roller regarding subpoenas and discovery issues. | McIntosh, Scott | 3.90 | 1,755.00 |
| 06/25/10 | Emails regarding status conference, agreement regarding third-party documents; conference with S. McIntosh. | Dienelt, John F. | 0.50 | 275.00 |
| 06/25/10 | Conference with B. Roller and C. Huffines regarding discovery issues; review Interrogatory responses; formulate strategy regarding narrowing claims and parties; review additional documents for production. | McIntosh, Scott | 1.30 | 585.00 |
| | **Total Fees** | | **33.80** | **$15,953.50** |